# EXHIBIT A

## <u>INDEX OF EXHIBIT A LETTERS IN SUPPORT OF MARTIN ELLING</u>

| | |
|---|---|
| **Exhibit A-1** | Margarida Afonso |
| **Exhibit A-2** | Rawit Assamongkol |
| **Exhibit A-3** | Simon Blade |
| **Exhibit A-4** | Paul Bromberg |
| **Exhibit A-5** | Li-Kai Chen |
| **Exhibit A-6** | Tian-ChoChu |
| **Exhibit A-7** | Caspar Ebrecht |
| **Exhibit A-8** | Katharina Ebrecht |
| **Exhibit A-9** | Marilyn Elling |
| **Exhibit A-10** | Ronald Elling |
| **Exhibit A-11** | Dean Falvy |
| **Exhibit A-12** | Frederick Fucci |
| **Exhibit A-13** | Catherine George |
| **Exhibit A-14** | Rebecca George |
| **Exhibit A-15** | Tracey Griffin |
| **Exhibit A-16** | Gretchen Hachmeister |
| **Exhibit A-17** | Tim Havermann |
| **Exhibit A-18** | Nina Hans |
| **Exhibit A-19** | Judith Hazlewood |
| **Exhibit A-20** | Tyrel Holston |
| **Exhibit A-21** | Hermes Taikan Huang |
| **Exhibit A-22** | Sung Hui Kim |
| **Exhibit A-23** | Margaret Knudson |
| **Exhibit A-24** | Ana Malheiro |
| **Exhibit A-25** | Eric Martin |
| **Exhibit A-26** | Sue Mezzanotte |
| **Exhibit A-27** | Sylvie |
| **Exhibit A-28** | Harry Seip |
| **Exhibit A-29** | Michael Silber |
| **Exhibit A-30** | Kevin Sneader |
| **Exhibit A-31** | Susan Sorenson |
| **Exhibit A-32** | Sarinpas Thaweekong |
| **Exhibit A-33** | Nicklas Ulander |
| **Exhibit A-34** | Nora von Ingersleben-Seip |
| **Exhibit A-35** | J.S. Watson |
| **Exhibit A-36** | Bruce Weidner |
| **Exhibit A-37** | Lauren Weidner |
| **Exhibit A-38** | Pornchai Wessatada |
| **Exhibit A-39** | Lori Winters |

# EXHIBIT A-1

Margarida Afonso

Brussels, 27 February 2025

Honorable Robert S. Ballou,
United States District Judge,
Western District of Virginia,
210 Franklin Road, SW,
Suite 206,
Roanoke, Virginia 24011-2208

Dear Judge Ballou,

I am aware of the fact that my friend, Mr. Martin Elling, has pled guilty before your court to one felony count of obstruction of justice related to his deletion of electronic documents which were relevant to a federal investigation and that he is due to be sentenced for that offence. Since I have known and remained in contact with Mr. Elling for 35 years, I would like to provide you with a statement of character that may assist the court in the sentencing process.

I am a Portuguese national who, after law studies in Lisbon (Portugal), Bruges (Belgium) and Cambridge, Massachusetts (USA), specialized in the law of the European Union and in international law, with a particular focus on international trade law. Although I started my career in private practice with Portuguese and US law firms, for the last 30 years I have worked in the public interest as a legal adviser to various institutions of the European Union in Belgium and in Luxembourg.

I first met Mr. Elling in August 1990 when I arrived in Cambridge, MA to pursue studies towards an LL.M degree at Harvard Law School. Martin Elling was an active member of the Harvard International Law Society and, together with other American students, he reached out to freshly arrived foreign LL.M students. They welcomed us and shared precious information to help us in the process of selecting and registering for courses at Harvard Law School. They also gave us many practical tips for getting settled in Cambridge and navigating the many resources of Harvard University.

Martin Elling has a very engaging personality, and we have remained good friends to this day. He is very sociable and truly interested in exchanging ideas with people from different backgrounds and different cultures. He has traveled widely and everywhere he has engaged with the people he has had the opportunity to meet, trying to learn from their diverse and

unique experiences. I have traveled with him on a number of occasions, together with others, and I have observed how Martin Elling is always the first to start a conversation with the locals, showing genuine interest for their lives and points of view. He is also willing to contribute his own insights about America and other places he knows well into the conversation, which is therefore quite enriching for both parties.

Martin Elling is extremely generous and kind, not only towards his many friends, but also towards simple acquaintances, in particular those who are less privileged than he is. He tries to help them not only by picking up some bills but also by providing sound advice when it is requested.

Although I don't know the details, since Martin Elling does not brag about it, I understand that he contributes regularly to organizations pursuing educational and welfare goals. He is keenly aware of the wider benefits to society of a good education and access to healthcare by the largest numbers possible.

Overall, Martin Elling is for me a treasured friend and a highly commendable individual.

I hope that his many qualities and achievements will be taken into consideration by the Court during the sentencing process.


Yours sincerely,

Margarida Afonso

# EXHIBIT A-2

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

To Whom It May Concern:

My name is Rawit Assamongkol. I am currently a third-year law student in New York City. I grew up in Bangkok, Thailand, until I began attending boarding school in Massachusetts at the age of 14. I received my B.A. degree from New York University in the spring of 2022. Throughout my high school and college years, I spent my summer and winter breaks in Bangkok. In law school, I am a member of a student organization which provides grants to students pursuing public interest roles over their 2L summers and for their post-graduation careers. I am also engaged in various pro bono projects, including housing rights advocacy, judicial accountability, and asylum claims. I am aware that Martin has pleaded guilty to an obstruction of justice charge and is awaiting sentencing

I have known Martin since August 2018, when he and I met on my first flight into New York to start college. I was on the plane with my brother, speaking in Thai loudly and obnoxiously. Martin asked us, though I'm sure he already knew the answer, if we were speaking Thai. He told me that over his many visits to Thailand, he fell in love with the hospitality and welcoming attitude of its people, and that he had recently moved to Bangkok.

My brother, then a high school senior, asked Martin what he did for work. Martin replied that he was a senior partner at McKinsey. I had no idea what that meant, because I was going to NYU to study biology and had no idea how business and industry worked. But my brother had apparently read *The McKinsey Way*, and his eyes widened: "Oh you work at McKinsey?"; "McKinsey's such a cool firm"; "I would love to work there one day."

The many times that I've spoken with Martin about our chance encounter on that Emirates A380 plane, he always tells me how funny he found my brother: "I can see his future so clearly… In a few years when he's in college he'll be trying to *network* and ask for *coffee chats* to try to land an internship at McKinsey." Apparently, while my brother sang the praises of the work that McKinsey consultants did, all Martin heard was, "I like money; I want to make money."

Apparently, I was more interesting for Martin to talk to than my brother. We were in conversation for about four hours, from the time Martin asked if we were speaking Thai to right before the flight attendants began wheeling out the breakfast carts. I had never been to New York before, so we spent about an hour on New York's cultural heritage and the different things I should check out in my first month. Over those four hours, we spoke about a *lot* of stuff: the nightlife scene in Bangkok; my goal to become a perfumier (sadly it didn't pan out); how different neighborhoods come to have their unique personalities; why Thai Airways has so much potential but refuses to do anything about it; Maine lobster rolls; how the flight that we were on ran out of pastries!

My impression then was that, if my brother was right, and the man I was speaking with for *hours* was an important big shot at a big-name company, he must have been a *very* friendly guy

to have given me so much of his time. We exchanged contact information, and I sent him an email after I was settled into my freshman year dorm room.

In my first semester of college, Martin and I got dinner a few times. Much like our conversation on the plane, we spoke about current events and biology and criminal justice and the exotic places that he had just travelled to; Martin was a better conversationalist than the neurotic pre-meds in Biology 101. Outside of our dinners, Martin and I communicated via email. As I re-read them now, I realize I shared things with him that I didn't even tell my parents! I wrote to him about how I was struggling with school, about how beautiful the sunset over the Manhattan skyline was, and even about the (few) first dates I went on. As we grew closer, we started texting and now he is always towards the top of my most recently messaged contacts.

Over the next few years, Martin and I continued to see each other when our paths crossed, whether in Bangkok or New York. As he has slowly but surely settled into Bangkok and made it more his home than it is mine, he's shown me the trendiest art galleries and bars, and taken me exploring in neighborhoods I didn't know existed. Similarly, as I have come to know New York through the eyes of a 20-something year old, I've invited him to re-experience what it's like to be young in Manhattan.

Every holiday season for the past six years, regardless of how often I had seen Martin that year, I make sure to set aside time to attend his holiday party. The first holiday party, in December of 2018, a few months after we met, I thought Martin had merely extended me an invitation out of politeness, so I declined and gave some excuse about having to study for finals. But he could sense that I was holding back out of a very Thai sense of "greng jai" – being considerate of others – and insisted that he wanted me at his party. There, Martin welcomed me and introduced me to many of his friends (who have since become my friends too) as "the NYU student who he met on the airplane." He was generous and welcoming, and it was nice for me to meet people outside of college.

I feel very privileged to be invited back year after year to his holiday party, getting to become closer with his many friends to the point of spending a few days every holiday season with them. My own family is on the other side of the world, so to have people around me when all my classmates are gone for the holidays, and when I would otherwise have been by myself in New York, is something I'm really thankful for.

I did not hesitate to volunteer to write a letter speaking to his character, if that was what he wanted. I knew that sentencing letters are important, and I felt that I had a responsibility to advocate, to the extent that I could, for my friend. He said that he appreciated my offer, and would take me up on it because I "have unique perspective." He was probably referring to the fact that our relationship is somewhat unusual, and one that came about purely due to chance. In spite of the unlikely circumstances of our meeting, though, my camera roll has a couple hundred selfies of us together, and I have too many stories that to recount them all would take more pages than I have the stamina to write. I've known Martin now for about six and a half years –more than a quarter of the time I've been alive – and he has been an important part of my young adulthood. I owe a lot of memories to him, and I can't speak enough to his kindness, patience, and generosity.

Thank you very much for reading my letter about Martin.

Rawit Assamongkol

# EXHIBIT A-3

**14 February 2025**

Honourable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

**Re: Mr Martin Elling**

Dear Judge Ballou,

I understand that in January 2025, Mr Elling pled guilty in the Federal Court of Virginia to one felony count of obstruction of justice related to his deletion of electronic documents in a federal investigation. I am writing as I understand Mr Elling is scheduled to be sentenced before you and wish to provide details of my dealings with Mr Elling to assist your understanding of the kind of person he is prior to his sentencing.

I am a sixty-year-old British citizen and was raised and educated in the United Kingdom attending Wellington College in Berkshire and the University of East Anglia. After completing my degree in politics and economics I qualified as a chartered accountant with a major accounting firm and subsequently passed further professional exams to become a Licensed Insolvency Practitioner. In 1995 I moved to Hong Kong where I headed-up the insolvency practice of a different large accounting firm which I left in 2020 to set up a boutique insolvency and litigation support practice. I sold this practice in 2010 yet stayed on to work as Senior Managing Director until 2012. Since then, I have worked in a consulting role providing insolvency and litigation support services. I currently consult for a British headquartered international group where I hold the title of Partner.

I primarily resided in Hong Kong between 1995 and 2021, although my work covered South-East Asia and Australia. I was active in the business community, working particularly closely with international banks, solicitors and the Hong Kong government. During this time, as well as working for numerous high profile international clients, I was retained as a forensic investigator for the Independent Commission Against Corruption ("ICAC"), was engaged by the Department of Justice to prepare expert reports and give testimony in various criminal trials in the High Court and was retained to advise the Hong Kong Monetary Authority ("HKMA") in connection with statutory protection of bank deposits. During weekends, I dedicated my time to school-age rugby union coaching, having previously played to a comparatively competitive standard.

I moved permanently to Thailand in 2022, and it is in Thailand where I first met Mr Elling when I sat opposite him at a function in 2019 and discovered that we had the imminent intention of relocating to Bangkok and were new neighbours. It quickly became apparent to me that Mr Elling was a highly intelligent and accomplished man who, like me, was embarking on a comparatively new phase of his life in Thailand. We (my wife and I) quickly became firm friends with Mr Elling, and this friendship developed faster than may be expected when we found ourselves in a very strict COVID lockdown in 2020 during which we lived in two of only three occupied units in a newly completed high-rise apartment building.

I would like to make the following specific observations in connection with my friendship with Mr Elling:

1    Mr Elling is an active member of the Rotary Club of Bangkok. While the Rotary Club is among other things a business networking club, Mr Elling has effectively retired his business interests, and his primary motivation is in connection with community service projects across Thailand. Having attended various Rotary Club functions to which Mr Elling has invited me, I have seen first-hand the high level of input and support he brings to fundraising events. During the time I have been friends with Mr Elling it is also apparent from the numerous friends from overseas he has introduced me to, that support for charitable causes while he was living and working in the United States has always been a key motivator.

2    Mr Elling's commitment to the community in which we both reside is demonstrated by the fact that he persuaded me to join him in putting ourselves forward for election to the building's Residents Committee. In this capacity we have sat together in numerous committee meetings dealing with a range of issues, including assessing the merits of various actions against the developer. I therefore have direct experience of the tireless time commitment Mr Elling has made towards his community for no reward. Particularly, I have been impressed by his commitment to look after, mentor and develop staff employed in the building at all levels.

3    Mr Elling is an enthusiastic and proactive supporter of local and national art and culture and is a member of the Siam Society under Royal Patronage. Together, we have attended numerous art and antique exhibitions and music concerts (both intimate and large and often with an underlying charitable purpose). Mr Elling always seeks to engage directly with the artists and musicians, many of whom have become his personal friends and whom he seeks to help in the promotion of their careers.

4    In addition to being generous of his time, Mr Elling has been cognisant that relocating from Hong Kong to Bangkok (where my wife and I initially knew comparatively few people) can hold challenges. He has gone out of his way to introduce us to his old friends and new acquaintances and to find ways to involve us in interesting events to understand Thailand. I am grateful for the thought and empathy that Mr Elling has extended to both my wife and I during our integration into our new lives in Thailand.

5    Mr Elling's commitment to understanding and supporting Thai culture is evidenced by his learning to speak the Thai language and his efforts to learn to write it too (something very few foreigners ever attempt). This commitment is further demonstrated by his extensive exploration, often with contemporaries of the Rotary Club, of numerous Thai provinces, many of which are undeveloped, remote and seldom visited by foreigners. As a result of this investment in time Mr Elling has developed a broad understanding of Thai politics and the Buddhist religion and many issues impacting the country.

While I could give numerous other specific examples of Mr Elling's character and generosity, I hope the above gives a flavour. I have got to know Mr Elling extremely well in the past five plus years, and as a close neighbour see him on an almost daily basis when we are both in Thailand during which we regularly catch-up on each other's news.

Simon Richard Blade

# EXHIBIT A-4

February 7, 2025

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208
USA

The Honorable Robert S. Ballou,

**Re: Letter in Support of Mr. Martin Elling**

My name is Paul David Bromberg. I have lived in Bangkok, Thailand since December
1997.

I worked in the corporate investigations industry in Asia from 1988 to 2019. From 2003
to 2019, I was co-founder, Chief Operating Officer and then Chief Executive Officer of
my own firm Spectrum Asia. In 2019 I retired from Spectrum Asia and became an
independent consultant on gaming regulation. My clients include the Gambling
Regulatory Authority of Singapore (previously the Casino Regulatory Authority of
Singapore and the Ministry of Home Affairs, Singapore), with whom I have worked since
2005, a number of casino operators and financial institutions. From November 2022 to
November 2023, I was a member of the Advisory Panel on VIP Gaming to the
Independent Liquor and Gaming Authority of New South Wales, Australia.

I am a Contributing Editor to *Arts of Asia* magazine (2013-present) and was previously
the Editor of the *Journal of the Siam Society* (2012-2023). I have been actively involved
in the arts scene in Thailand for the last 20 years, regularly giving lectures around the
world on various aspects of Thai and Chinese art and have had two books and multiple
articles published.

I have known Martin Elling since mid-2020 when we were introduced by mutual friends
in Bangkok. I am writing this letter as I understand that Mr. Elling has been convicted of
criminal conduct.

Over the last 4.5 years, Mr. Elling has become a good friend with my wife and myself.
We have been on several trips together within Thailand and we also spent a week
together in Vienna, Austria in June 2022 where Mr. Elling graciously acted as our tour
guide as he is very familiar with the city. I regularly visit antique galleries and attend art
auctions with Mr. Elling in Bangkok. We share an enjoyment of Thai history and culture
and an appreciation for Thai arts and crafts. Mr. Elling has also been learning the Thai
language in order to be able to immerse himself into Thai culture.

Mr. Elling and I are also both active members of The Siam Society Under Royal Patronage, an institution established in 1904 to "to promote knowledge of the culture, history, arts and natural sciences of Thailand as well as those of neighboring countries." We regularly attend Siam Society lectures together about Thai history and culture and have joined several Siam Society lecture tours together. We also usually eat together before the Siam Society lectures. My wife and I also dine regularly with Mr. Elling and mutual friends at our respective homes or various restaurants across Bangkok.

Mr. Elling has been an active member of Rotary Thailand since I first met him. He regularly travels both within Thailand and overseas representing Rotary Thailand, and has actively been involved in their charity projects and initiatives. He also kindly arranged in 2023 for me to give a lecture on Thai silverware to his Rotary Club in Bangkok.

I am also aware that for some time Mr. Elling has been considering how and where in Thailand to launch a children's charity. We have discussed this initiative several times but he has yet to find the right project. Although he does not generally publicize this, I know that, in addition to the many Rotary projects to which he contributes, Mr. Elling always makes a generous donation when we visit temples and that he also donates to the Red Cross, the Mercy Centre orphanages and the Children of the Forest education program in Thailand.

In all my time spent with Mr. Elling, I have found him to be a very friendly person, who is one of the most generous, considerate and ethical individuals I have encountered. He always treats people with due consideration. For example he often asks after the health of my wife if she has been unwell and is always solicitous of his friends.

I hope that this information is of assistance and provides a helpful picture of Mr. Elling's life in Thailand.

Yours faithfully,

Paul Bromberg

# EXHIBIT A-5

# Li-Kai Chen

**To The Honorable Robert S. Ballou**
United States District Judge
Western District of Virginia
Suite 206, 210 Franklin Road, SW
Roanoke, Virginia 24011-2208

**Dear Judge Ballou,**

My name is Li-Kai Chen, and I am writing to provide my personal perspective on the character of Mr. Martin Elling. I am fully aware that Martin has pleaded guilty to obstruction of justice, and I understand the seriousness and implications of this.

I would like to share my deep and long-standing personal experiences with Martin to give you a fuller understanding of the man he truly is — a man I have had the privilege of knowing for the past decade. Martin is a person of rare generosity, unwavering integrity, and deep commitment to helping others. He has impacted my life and the lives of many others in profound ways, and I hope to offer insight into the qualities that define him.

## My Background and Connection to Martin Elling

By way of introduction, I have spent much of my professional career at McKinsey & Company, where I was a Senior Partner. Over my two decades at the firm, I held leadership roles, including serving as the Global Head of the Education Practice and the Managing Partner of McKinsey in Malaysia. Much of my work focused on improving education systems around the world, raising learning outcomes, developing leaders, creating opportunities and enhancing employment prospects especially for disadvantaged communities. Since retiring in 2024, I have continued my work in youth leadership development, as well as serving on the boards of various corporations, education foundations, and non-profit organizations here in Asia.

I first met Martin more than ten years ago, and I have come to know him very well — not only as a colleague but as a mentor and friend. I had the opportunity to work closely with him while at McKinsey on client projects and internal initiatives, learning from his wisdom, guidance, and strong ethical compass. Even after he moved on from McKinsey, Martin has continued to be a source of steadfast support in both my professional and personal life.

## A Mentor, Guide, and an Inspiration

From the moment I met Martin, it was clear that he was a leader of deep conviction and compassion. He was not just a brilliant and committed professional — he was a leader who sincerely and truly cared about people. What set him apart from many others in leadership roles was his deep sense of stewardship and personal responsibility toward others, particularly junior colleagues.

Martin had a remarkable ability to recognize potential in people and go out of his way to cultivate it. I saw this firsthand in my own career. When I first met Martin, I was navigating a particularly difficult time professionally. I was at a crossroads, questioning my own capabilities and whether I was truly making a difference. Martin recognized this struggle without me voicing it. Without hesitation, he took the time—his own personal time—to mentor me, to listen, and to offer guidance.

Rather than providing easy reassurances, Martin challenged me to rise to my full potential. He helped me see my own strengths when I was struggling to find them. He encouraged me to take on greater responsibilities, to step out of my comfort zone, and to develop as a leader. This was not a one-time gesture— it was a consistent pattern of behavior. During the time I have known him, he has been the person I could turn to when I needed wisdom, encouragement, or just someone to remind me of the values that mattered the most to me.
Martin didn't just mentor me — he made it his mission to uplift countless other colleagues, especially younger team members. I recall numerous instances when he would carve out time for those who were struggling, whether it was a young analyst unsure of their career path or a colleague dealing with personal hardships. I have seen Martin step in to advocate for individuals who were overlooked, ensuring they had the opportunities and support they needed to succeed and thrive.

## A True Servant Leader

Beyond his mentorship, Martin has always been the kind of leader who puts others before himself. I remember one particular project at McKinsey that involved working with an education system in an underprivileged community. The workload was intense, the hours were long, and the challenges were immense. Many leaders in his position would have stayed away from the day-to-day challenges, or delegated the toughest parts of the project to others — but not Martin. He worked tirelessly alongside us, ensuring that we did not

shy away from the difficult but necessary details, that no stone was left unturned, and that we were truly making an impact.

Even in the most difficult moments, he remained positive and focused on the bigger picture. He had a way of making people feel valued, no matter their role in the team. I recall how he always made a special effort to engage with support staff, treating them with the same kindness and respect as he did senior partners. It was not uncommon to see him taking special care and investing disproportionate time to help junior team members or making sure that even the smallest contributions were recognized.

His humility is one of his most defining traits. Despite his impressive career and achievements, he never sought recognition for himself. I have seen him deflect praise onto his teams, ensuring that credit was shared and that others were uplifted. He has always believed that leadership is about service, and he lived that belief every single day.

### A Character Defined by Acts of Kindness

There are so many moments that illustrate Martin's deep kindness. I remember an instance when one of our colleagues suffered an unexpected personal tragedy. The situation was devastating, and while many of us offered our condolences, it was Martin who stepped up to truly be there for this colleague. He quietly took care of logistics, ensured that they had the support they needed, and checked in on them regularly — long after others had moved on. He has done this on multiple occasions — always putting the well-being and welfare of others at the forefront, often above his own interests.

One small, but very telling story about Martin happened outside of work. A few years ago, we were traveling together when he encountered an elderly employee at the facility, who it turns out was in mental distress. While most people would have merely had a transactional interaction or ignored him, Martin immediately stopped, spoke with him, listened properly, engaged him about his personal difficulties, and personally made arrangements to help him. It was a small but profound example of his instinctive kindness — he never ignored someone in need, no matter how busy he was, or the circumstances.

### A Conviction to Doing What's Right

Perhaps what I admire most about Martin is his unwavering sense of integrity. Although I recognize this may be  contrary to his guilty plea in the instant matter, he has always been the person who pushed us to do the right thing, even when it was difficult. He constantly challenged us to hold ourselves to

higher standards, whether in business, in community work, or in our personal lives.

I recall a time when we were working on a particularly high-stakes internal project to launch a new service offering that involved complex decisions and navigating across many senior stakeholders. There was pressure to take an expedient path forward to save time and avoid contentious discussions but perhaps would have compromised on the impact we would have had. Martin was the one who consistently pushed us, insisting that we prioritize doing the right thing over convenience. His moral compass never wavered, and his courage in standing by his principles was incredibly inspiring.

### A Final Thought

I understand the seriousness of Martin's current circumstances. He has taken responsibility for his actions, and I do not seek to diminish that. But I also know that Martin's life has been one of generosity, service, and deep integrity. He has given so much to so many people, and I can say without hesitation that he is one of the most selfless and kind-hearted individuals that I have ever had the privilege of knowing.

I respectfully offer this personal statement for your consideration — to hopefully provide a fuller picture of a man who has dedicated his life to helping others, to standing by his colleagues, and to making a positive impact in the world. I believe that Martin has much more to give, and I hope that, in your decision-making, his remarkable character and tremendous positive impact on his communities and those around him are taken into account.

Thank you for your time and consideration.


Sincerely,

**Li-Kai Chen**
1 February 2025

# EXHIBIT A-6

Honourable Robert S. Ballou

United States District Judge

Western District of Virginia

210 Franklin Road, SW Suite 206

Roanoke, Virginia 24011-2208

Dear Judge Ballou,

I understand that my friend, Mr. Martin Elling has pleaded guilty in Federal Court in Virginia to one felony count of obstruction of justice related to his deletion of electronic documents in a federal investigation. I was a colleague of Martin and have worked closely with him at McKinsey & Company, Inc. from 1993 to 2012. Most of our collaborations were in Asia Pacific where I was based. We have formed a close friendship over that time.

I worked at McKinsey & Company, Inc. for 28 years. For 26 of those years, I was based in Hong Kong where I was a Senior Partner. One of my areas of expertise is Pharmaceutical and Medical products. My professional collaboration with Martin pertains to serving Johnson & Johnson from 1994 to 2012. I am currently retired and reside in Sydney, Australia.

Martin is the most genuine caring and generous person I know. Over the years, I have seen him affecting the lives of others positively in many ways. A few examples are as follows:

- Supratim Bose: Supratim was the Country Manager of J&J Singapore when we first worked with him in 1994. Over the next few years, Martin became a close counsellor and friend to Supratim. He was able to win Supratim trust and respect through always putting Supratim's interests ahead of any of his own, and that of McKinsey. I have observed their interactions closely through the years and their discussions have always been about how to advance the interests of the organization, how best to develop his people, how best to navigate and align the interests at headquarters to get things done. He cares deeply about Supratim's success and would offer him insights on what the concerns are of different executives at headquarters in New Brunswick and how best to interact with them. He never pushed for projects to advance his interests within McKinsey. For example, the "One to Win" project that Supratim credits as one of the best work we have done for him, was primarily a small workshop type arrangement with Martin spending time with his managers and him challenging each other on their aspirations. It is through his selfless dedication and care for Supratim that built the trust

and friendship over time.  As a result, Supratim saw Martin and McKinsey as his partner in Asia Pacific and only considered working with us when he needed project work done.

- Bill Dearstyne:  Bill was the Head of Asia Pacific when we worked together in 1994. Bill is a very disciplined, stern, no nonsense individual and a harsh judge of character. He does not tolerate people who do not have strong work ethic and have strong integrity.  We have been asked to remove several consultants over the time we served him because they didn't meet his standards.  Bill on the other hand truly liked Martin.  He appreciated the fact that Martin challenged and made his people better, was straightforward and offers his honest and objective opinion on how best to grow his organization and develop his people.  Aside from his efforts in helping develop Supratim mentioned above, Martin also coached Ong Ai Hua, a country manager in Singapore who eventually succeeded Supratim as Head of J&J Medical Asia Pacific. I remember him sitting down patiently with her to coach her on how best to develop the orthopaedic franchise. Bill found conversations with Martin engaging and trusted his recommendations and judgement.  Martin was forthright, never afraid to offer his opinions and often challenged him and offered unique perspectives on issues. This professional relationship turned into a strong friendship, and eventually into a father-son type relationship.  Martin would visit Bill and his wife in Austria almost every year and Bill and his wife would occasionally attend Martin's Christmas parties in New York and stay with him in his Bangkok apartment when they are there.  Bill tells me that Martin has brought great joy to him and his wife through the friendship they developed.  Bill called me extremely concerned when he first heard of Martin's involvement in the Purdue situation.  He couldn't believe the news and his level of concern and distress reflects how much Martin means to him.

- My daughter:  Martin has known my daughter since she was born.  He is definitely her favourite "uncle".  My daughter said he is the most generous person she knows. He would allow her to stay in his apartment in New York, even when he is not there. He would often take her to meals at restaurants he knew.  More importantly, he is generous with his time.  I remember on one of our visits, he rented a car and drove us to Brooklyn to show us some of the interesting neighbourhoods.  On another occasion, he took us around the neighbourhood near his apartments, telling us about the history of different buildings (like the Chrysler building, the Morgan Library and museum).  It is this sort of caring and generosity that has endeared him to my daughter and she loves being in his company.

- Me: Martin clearly contributed to my success at McKinsey.  It is not just his ability to gain the trust of clients and the insights and value he brings in problem solving.  I remember at least on two occasions when he dropped everything he was doing and flew to Hong Kong and China to help me during a client crisis.  One occasion was in

2010 when we faced a tough competitive situation at J&J China, Martin flew from New York to Shanghai and spent two days helping with the proposal and persuading the client. Another incident was a client dispute in 2004 in Asia Pacific on a project he was not involved in. Martin personally devoted an enormous amount of time and effort talking to the client's boss as well as the client, both of whom he knows, to help resolve the situation. He didn't have to do this but he is the type of person who would truly do his outmost to help a friend in need. During my retirement party, Martin went out of his way to obtain testimonials from clients we served which I deeply appreciated. He also flew to China to have a personal farewell celebration with me and a few friends.

On a personal level, like my daughter, I have benefitted from Martin's generosity. Every time I visit, I stay with him, either in New York or Bangkok. He would take me to many interesting places to sightsee (for example, he got a car to take us to Ayutthaya, the ancient capital of Thailand and explained the history of the different temples and castles there). I also personally witnessed his extending his generosity and care to many different people. Some examples:

- I met his Thai tutor, whom he provided a place to stay during Covid.

- I saw him make generous donations to the Rotary Club in Bangkok and participate in their community efforts. His rotary club colleagues I met talked glowingly about the immense impact he had at the organization.
- When I was teaching some McKinsey courses after my retirement, I met a girl from our Philippine office who told me how grateful she was to Martin who mentored her and help her pursue her passion.

Martin is one of the kindest, most generous and caring person I know. He is a true friend and always willing to help people in need. In all my interactions with him, he has always been honest, and conducted himself with the highest integrity. And as shown above, he has really positively impacted the lives of many people he has interacted with.


Sincerely,

Tian-Cho Chu

# EXHIBIT A-7

Caspar Ebrecht


To
Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208
U.S.A.



Brussels, 20 February 2025


Dear Judge Ballou,

**Re: Letter on Behalf of Mr Martin Elling**


With this letter, I would like to describe my personal relationship with Mr. Martin Elling, whom I have known for over 35 years and whom I consider a very dear friend. I am writing this letter in the knowledge that Mr Elling has been convicted of criminal conduct.

My name is Caspar Ebrecht. I am a German national living in Brussels, Belgium, where I work as a Legal and Policy Officer. Together with my wife Ana, I have lived in Brussels for over twenty years. We have three children. I met my wife at university in Berlin, before we both moved to Brussels. Ana and I are both involved in European lawmaking and politics. We have both studied law, and we are both very much interested and involved in legal and international affairs.

I have known Martin Elling since 1988, when he was 24 and I was 14 years old. At the time, Martin came to Munich, Germany, as a scholar with the Fulbright Program, for a one-year study at the University of Munich. The program included an initial one-month stay with a German host family. We were his host family and Martin came to live at our home near Munich. Due to Martin's open, communicative and entertaining nature, everyone in our family was quickly endeared to him. Ten years his younger, I was very eager to learn from Martin about his college studies, his experiences and about life in the United States. Despite our age difference, Martin and I got along very well. He was very open and interested in me, and we often had long and interesting discussions about German and American culture, history, philosophy or music. Soon, he became like an older big brother to me, and we spent time

together on weekend trips to the Alps or to Lake Constance. These first trips away from home were important for me and I have always been thankful to Martin for these experiences.

At the same time, Martin and my father also became very close friends. My father soon introduced him to many of our family's friends and to my father's business partners. From my memories, my father always valued him as a resourceful and well-read discussion partner.

When I was at the age of 15, my parents floated the idea that I spend some time at a school in the US. Martin was immensely helpful in this regard, explaining the different options and requirements for applying to boarding schools in the US. He even took time with us visiting different boarding schools in New England in the fall of 1989. At age 16, from September 1990 to June 1991, I spent one year at Middlesex school in Massachusetts. During that time, Martin was in his second year of law school in Harvard, living in Cambridge, MA, with two of his roommates. On some weekends, Martin would invite me spend time with him and his friends at their place, or on trips around New England. In this context, I got to know Martin as a very generous and caring person who was especially interested in helping and accommodating international students from his year at Harvard Law School. I remember that he was a central figure in bringing international law students from that year together. Martin was as curious in learning from other students' personal lives and backgrounds, as he was willing and eager to share his own values and experiences with them. Some of the friendships he formed at that time exist until today.

I remember many dinner parties and trips that Martin organised with a group of international students, to places like Cape Cod or New York. Martin was tireless in his efforts to explain American culture and history to us foreigners, making sure everyone felt appreciated and had a special time. Martin had a fantastic talent to bring together people from different backgrounds and countries. Many of the (American and international) students from that time are still his close friends, and Martin has often invited them to his home in New York and Bangkok.

During my time at Middlesex school, as I was away from home for ten months, Martin also made sure that I had a place to go to during holidays or long weekends. He would invite me to his apartment, or we would go together to visit his father or on ski trips with friends.

Ever since I have known Martin, I have esteemed him as a very committed person who values friendship and family above anything else. Martin had a very close and caring relationship with his own father, which I could witness on different occasions when I visited Martin's father together with him. I also remember that Martin looked after his mother when she was very ill, at the time when he was at his first year in Harvard. Martin took time off from his classes to make sure he could spend as much time as possible with her. How much Martin values family is also apparent by the fact that he continued to look after Rosalie, Martin's father's second wife, after his father had died.

When I was in my early twenties and Martin his early thirties, he had started to work for McKinsey and lived in New York. We kept in close contact and exchanged our professional experiences. During that time, Martin developed his career which soon took him to business trips in Europe and around the world, allowing him to combine his work with his passion for travel.

There were many occasions when Martin would visit my parents in their home near Munich. At least every other year, he would spend Christmas with our family, which he chose as his second family. At those occasions, Martin brought very carefully selected presents for everybody, which he had gathered on trips around the world.

My father would often refer to Martin as his "adoptive son", and the two shared a very special bond despite their age difference of over thirty years. Until my father's death in 2008, Martin was a very loyal friend to my father. During the years, Martin made sure to pay visits to my parents whenever his work schedule allowed him to.

I remember fondly when my father and I visited Martin in New York in November 2000. This was a very memorable trip for the three of us. We would go to theatre plays, restaurants, excursions outside the city and do sightseeing. Although he was very busy at the time, Martin made a point in showing us his city, the surroundings and introduced us to many of his friends and colleagues.

When my wife and I got married in Portugal, we were very glad that Martin accepted to be our best man. Martin has been as generous as anyone can be to our whole family. He invited Ana and me to his home in New York, where we spent memorable time together. When our three children were born, Martin would always make a point in calling us and asking about Ana's and the children's health, and sending very thoughtful and beautiful presents.

Martin also very generously invited Ana, me and the family to his 50th and 60th birthday celebrations, which he prepared and organised with love and great attention to detail. At these occasions, it was evident how much Martin values and maintains his friendships with people he met throughout his life. How much his friends value Martin was apparent from the

number of people attending these celebrations, and the speeches that were given at the occasion.

Throughout the nearly 40 years that I have known Martin, I have seen his commitment to family and friends, his generosity and loyalty has been unparalleled. I count Martin among my closest friends, and I know that my family and I can always count on his advice and his unwavering support.

Thank you for reading my letter about Martin.

Kind regards

Caspar EBRECHT

# EXHIBIT A-8

Dr. Katharina Ebrecht

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

February 2, 2025

**Character Statement: Martin Elling**

Dear Judge Ballou,

My name is Katharina Ebrecht and I was born in Munich. I am married and the mother of two daughters (15 and 17 years old). After my studies at the University of Heidelberg and my training as a librarian in Cologne, I worked in libraries in Cologne, Paris and Berlin. I have been head of the library at Reutlingen University since 2003. I am an honorary member of the board of the German Library Association and of the Tübingen Rowing Club. I come from a Mennonite family and am a member of the Mennonite congregation in Gronau.

I know that Martin has been charged in court and pled guilty. I have read the information about the case that is freely available on the Internet. The subject of the proceedings is the destruction of documents related to his work for Purdue Pharma that could have been evidence.

I've known Martin Elling since 1988, when my parents (who died in 2008 and 2011) agreed to take Martin in as a Fullbright Scholar. My parents lived near Munich. Martin and I got on very well right from the start and talked a lot about „God and the world". During the many years that we have known each other, we have seen and spoken to each other regularly and frequently, even over long distances. I spent many Christmases with Martin at my parents' house. Martin, my siblings and I share many memories, including of my now deceased parents, for whom Martin was like a son. This bond of memory keeps us close.

I lived with Martin in Cambridge (Massachusetts) for a few weeks during my studies in 1991. I worked in a bakery to improve my English and familiarise myself with everyday working life in the United States. Martin made my arrival much easier - also through the contact with his student friends and flat mates.

When my mother fell ill with a brain tumour in 2011 (from which she died three months later), Martin came to Germany from New York to visit her. That meant a lot to her, she was very fond of Martin and was very happy about his visit.

I visited Martin in New York several times over the years of our friendship. We also went on various trips to Germany, Austria and Italy.

What kind of person is Martin?

He talks a lot, and sometimes you can't get a word in yourself when you're talking to him. What he says is entertaining and funny, which is why I always enjoy listening to him. He thinks very quickly and has an incredible gift for languages. His mother was from Austria, but Martin did not grow up bilingual (this was probably not common in the 1960s). As a teenager, he learnt German on his own initiative, partly so that he could communicate better with his grandmother in Salzburg.

Martin is interested in people, architecture, modern art and travelling. He has seen a lot of the world.

Martin can inspire people with his words. He is extremely interested in other people, makes contacts and friends quickly and cultivates these friendships carefully. After our parents died, he invited me and my siblings to spend a weekend together in Berlin. That was very thoughtful and brought us closer together. A few years ago, Martin invited me to Venice for the carnival. At the time, I was very exhausted from working in the library and doing care work at home. The time out in Venice gave me strength again. Martin is a person who cares about other people and has their well-being at heart. He thinks about his fellow human beings and looks after them. I have always found Martin to be an open, positive, approachable and attentive person.

One of Martin's outstanding qualities is his generosity. It is evident in his many invitations to friends and relatives. He forges strong bonds of friendship. When choosing his friends, he makes no distinction between rich and poor.

Martin has a strong bond with his family. As an example, he supports his deceased brother's family (wife and children) financially and visits them regularly. I know that Martin made generous donations to various organisations and initiatives over the course of his life. His aim has always been to do good in the areas of health, education and the environment. For example, Martin has regularly donated to Médecins sans Frontières for years.

In Thailand, Martin has got to know a number of people from different backgrounds over the past few years. He is learning Thai. He is very interested in the country, its history, its development and its culture. He also supports social projects in Thailand and invites his friends to get involved too.


Thank you for letting me express my history with Martin.

Katharina Ebrecht

# EXHIBIT A-9

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

Dear Judge Ballou,

My name is Marilyn Elling. I am Martin Elling's step-mother. I have known him for 33 years. I was married to his late father for 27 years before his passing in 2018. Prior to my marriage to Mr. Elling's father, I was a journalist and public relations professional. I am now retired. I understand that he has pled guilty to a crime.

Because of my knowledge of my late husband, I am certain that Martin was raised with the deepest regard for the welfare of others. My husband was a professor of health sociology at Cornell and the universities of Pittsburgh and Connecticut and was devoted to making life better for all workers. He instilled this zeal for improving the lives of others in his three sons.

During my marriage to Martin's father, I knew Martin as a caring and generous son who was always available to help when needed. During a long and severe health crisis his father faced, Martin made sacrifices to be here with us and to be a major factor in helping me deal with the many decisions that needed to be made.

I know he has been there for his brothers and members of their families who needed emotional and financial support. For example, he financed private pre-school for the daughter of one of his nieces who was struggling.  Also, he has several god-children, who receive his strong and loving support.

Martin has been a strong lynch-pin helping to keep his far-flung family together. Since his father's 70th birthday, he has planned and paid for a family reunion every five years to which all members of the immediate family (about 12-15) were invited.

Has caring nature has led him to be active in many good causes over the years, both nationally and in New York City, where he has lived for most of the time I have known him. He served on the board of the Nature Conservancy and generously supported organizations like Habitat for Humanity, City Harvest and Doctors Without Borders. I've heard he used to ask for funds for UNICEF at Halloween instead of seeking treats.

I hope I have helped give you a feel for the kind of person Martin is.  Also, I should add that he has continued to support me and make sure I am an integral part of the family in the years since his  father passed away. That has been very important.


Sincerely,

Marilyn Elling

Marilyn Elling

# EXHIBIT A-10

February 23, 2025

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

Dear Judge Ballou,

I am writing to you with respect to Martin E. Elling whom I understand has pled guilty to criminal conduct and is awaiting sentencing in your Court.

I am Martin's eldest brother. Having worked in education and social services for more than 40 years, I am now retired and live in Oak Park, Illinois in a home my wife and I have owned for 33 years. I am on the Board of a local not-for-profit and am also its Treasurer. I am also a volunteer Commissioner with the Village of Oak Park and volunteer with many other not-for-profits whenever the chance arises.

I left home to go to college just after turning 18, which means that Martin had just turned 7. Aside from one six-month period when I was in college and an even shorter three-month period when Martin was in college, I have not lived within 800 miles of Martin for the past 45+ years. We see each other at least once a year, around the holidays, and do, of course, stay in touch in between which, thankfully, has only increased since his move to Bangkok, Thailand.

I know quite a bit about him including his work history, his donations to social and environmental causes that affect the quality of life for us all, his service work with the Bangkok Rotarians and his remarkable efforts to immerse himself in the culture, including the language, of his new home.

But this is what has always impressed me the most; his friendships, of which there are many spanning the globe and going all the way back to his college days. Now, I'm sure you may be thinking, "Everyone has friends and, more often than not, upon closer inspection, they turn out to be just acquaintances." But not so for Martin Elling.

How do I know that? Every time we talk, whether in person or, nowadays, via Zoom, I will invariably hear about the latest goings-on with one or more of his friends and, believe it or not, with *their* sons and daughters or parents. He is the god father for at least one of those children. He regularly visits the children of a couple that passed away several years ago. His friends are the people who fly thousands of miles to be with him on his birthday and to see him at Christmas in New York. And it is not uncommon for him to excuse himself from our company to take a call from a friend in a distant time zone who is agonizing over a new job, a choice needing to be made among possible apartments, or problems *they* are having caring for an elderly parent.

Do I care? Not at all. But that's the point. Martin does. And he cares deeply enough about his many friends that, to him, that's important enough to share with his brother. These, Judge Ballou, are dozens of people for whom Martin cares deeply and by no means run-of-the mill acquaintances.

It is, perhaps, because of his capacity for "fellow feeling", if you will, that he is able to be and, in fact, is what I consider to be the "glue" in our family. He is the one that visits with us all. He is the one who cares about and shares with us our family history. He is the one that ensures our younger relatives have a decent shot at life no matter where they are or what their circumstances. Without Martin, I probably would have dropped out of contact with my stepmother when my father died. And, without Martin, I would have lost contact with my sister-in-law and her children and grandchildren when my middle brother died. But that would not have been the kind of world that Martin lives in and for.

I appreciate the opportunity to communicate with the Court about my brother's, Martin Elling's, character. And I appreciate the time the Court will take to consider my perspective.

Respectfully,

Ronald A. Elling

# EXHIBIT A-11

# DEAN G. FALVY

February 12, 2025

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

     Re:    Martin Elling

Dear Judge Ballou:

    I am submitting this letter in connection with the sentencing of my friend, Martin Elling, before your court.

    I have been an attorney in private practice and a member of the Washington State Bar Association in good standing for over 32 years. My practice focuses on technology transactions and commercial negotiations. For the past 11 years, I have also taught courses in Constitutional Law, International Business Transactions, and Payment Systems at the University of Washington School of Law in Seattle, where I am currently an Affiliate Instructor of Law. The views expressed in this letter are my own.

    Since we met as first-year law students over 35 years ago, Martin and I have been close friends. We were in the same orientation group and first-year section. He lost his mother to cancer during his 1L year, and I saw how deeply that affected him. Although he struggled to maintain academic focus for a time, his optimism and resilience overcame his despair. We later shared an off-campus apartment in our 2L and 3L years. I was also an officer of the Harvard International Law Society, which Martin led as president and transformed into one of the largest and most active student organizations on campus.

    In the three decades since our graduation, we have remained in close contact. I have frequently visited Martin at his home in New York, as he has visited mine in Seattle. We have travelled together when our paths have crossed, and on trips organized with mutual friends from our law school days. We also have corresponded and spoken by phone on a regular basis throughout this period.

    Throughout this long-standing association, Martin has been one of the most open-hearted, gentle, and generous people I have ever known. He never hesitated to extend his time, his counsel, or his help when friends (or friends of friends) were in need. Martin has always treated friends, classmates, and colleagues, from every part of his life, as having unique and intrinsic worth. He was always able to lift people up when they were down, to help them

find a glint of sunlight in a gloomy sky. Despite his professional success and the many demands on his time, he never forgot a friend. He remained the same person he always was -- a reliable, kind, and thoughtful.

Martin's friendship extended beyond individuals to their families and beyond. I have often known him to act as a mentor to colleagues and to children of mutual friends. He is a godparent to five children and an avuncular figure to many more. Friends and relatives of mine making their first visit to New York, even if they had never met Martin, found themselves warmly received as guests at his apartment, often with his services as a tour guide. They soon became part of his world in their own right.

Martin takes a genuine interest in every person he meets, and listens carefully to how they view the world. No one, having met Martin, is ever treated as a stranger. His natural empathy, openness, and gregariousness have allowed him to bridge cultures and bring different people together.

I have always known Martin to be a concerned and active citizen, wishing to make a positive impact on the world. He has been generous with time and resources to many causes, including the Nature Conservancy, Habitat for Humanity, New York Cares, City Harvest, Thai Red Cross, Bangkok Mercy Centre, Children of the Forest, and many other charitable and civil society organizations. He has given significant support to Rotary International's fund to eradicate polio, a disease which his mother barely survived in WWII-era Austria.

I write this letter in awareness that Martin has pled guilty to a serious criminal charge in your court. I do not excuse his conduct or minimize its gravity. Martin's guilty plea confirms that he made serious errors of judgment, and he must always carry the weight of the resulting consequences.

The person I know, and have known for many decades, would like nothing more than to be a benevolent friend, and a force for good. Much of the world may not see him that way. But he has many, many friends who do. I believe that when this process is complete, Martin will do everything in his power to make amends for his mistakes and devote his many talents to benefit others.

I respectfully ask the court to consider these qualities of my friend Martin as it weighs his sentence.

Very truly yours,

Dean G. Falvy

2

# EXHIBIT A-12

New York, March 5, 2025

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW, Suite 206
Roanoke, Virginia 24011-2208

 Re: Sentencing of Martin Elling

Dear Judge Ballou:

 I am writing to you in connection with the sentencing of Martin Elling for what I have been told is one felony count of obstruction of justice for deletion of electronic documents in a federal investigation.

 By way of background, I am an attorney admitted to practice since 1988 and in good standing now. I spent thirty years of my career practicing in large law firms – more than twenty as partner. Since 2017 I have practiced as an independent arbitrator sitting in commercial disputes in various industries. I am a member of the American Arbitration Association's panel of arbitrators, as well as the panels of different international arbitral institutions such as the International Centre for Dispute Resolution, the Singapore International Arbitration Centre and the Vienna International Arbitration Centre.

 My main pro bono project began while I was volunteering at a homeless shelter run by the church of which I am a member in New York City. This shelter was part of an informal network of shelters run by religious organizations in New York. The steering committee of this organization desired to formalize its structure and obtain non-profit status. I volunteered my time to draft articles or organization and incorporate the network. Once incorporated I successfully petitioned the IRS to grant 501(c)(3) status to the organization and advised the board of directors for a number of years after that until the organization was absorbed into a larger one.

 I first met Martin Elling in 1992 while on a sabbatical year four years into my legal career. At that time we were both fellows of a German corporate foundation known as the Robert Bosch Foundation. This was a year-long program created during the Cold War to introduce young American professionals to economic, political and social circumstances in Germany. At the time, Martin was already a fluent German speaker (his mother was Austrian) and had recently served as an intern in the German parliament. He was also a graduate of Harvard Law School.

 Over the course of this year we became friends as I observed him and became more and more impressed with his intellect and his deeply inquisitive mind as he probed and challenged the content of the presentations made to us. In the second half of this year, we both were placed as interns in the Treuhandanstalt, the German government agency charged with privatizing state-owned companies in East Germany. We both were then privileged to observe and participate in a small way in the post-Cold War transformation in Eastern Europe.

 Once we both returned to the U.S. and he launched his career at McKinsey, we remained close friends. I started a family in 1994 and eventually had four children. Martin is the godfather of the two

Hon. Robert S. Ballou

younger ones.  He always took his responsibilities as godfather seriously and was generous with both his time and gifts to all of my children.  He has also mentored them, in particular the two boys, providing a sounding board outside my immediate family and offering them advice.  For many years, he was a de facto member of our family, having a standing invitation to our regular Sunday dinners.  He was in a sense the "fun uncle" who took my children to entertainment venues and sporting events.

While Martin never had children of his own, I was aware of his extended family of siblings and nieces and nephews whom he supported generously such as investing in their and their children's education and in enhancing their lives by purchasing or financing housing for them when they were unable to do so.  I recall that during the 2008-2009 financial crisis Martin saved one or more of his nieces and nephews from eviction.   Martin also spent many hours caring for his elderly father and step-mother as they aged and became infirm.

Over time Martin became increasingly successful in his career and advanced into the higher levels of management at McKinsey.  This brought financial success as well, which Martin shared with many charitable causes in addition to his own family.  I was aware of several of these causes in the area of medical care both in the U.S. and abroad and for disadvantaged persons (Habitat for Humanity and New York Cares as examples) and also for the environment.  I participated personally in events he organized for the Nature Conservancy.  I recall attending a dinner in New York where he was recognized as one of their major donors.

Beyond the fact that I knew he had a senior role in the pharmaceutical practice at McKinsey I was entirely unaware of his interaction with Purdue Pharma and other opioid manufacturers and the McKinsey teams advising them until press reports began to emerge.  When I read the couple of e-mails that were reproduced in the press and which I understand form the basis of the charges to which he has pled guilty, I found them uncharacteristic and difficult to reconcile with the person I had known for over 30 years.

I don't question that Martin's conduct in deleting documents was wrong.  To me, however, this does not obscure his many years of active community participation, support for not just his own family and mine but also for many other friends and acquaintances, as well as his extraordinarily generous contributions and devotion of his time to charitable organizations whose missions are to enhance civil society, provide medical care to those who cannot afford it and to protect our living environment.  I ask that Your Honor keep these latter aspects in mind as you weigh the competing considerations in imposing a sentence.

Respectfully,

Frederick R. Fucci

# EXHIBIT A-13

**Honorable Robert S. Ballou**
**United States District Judge**
**Western District of Virginia**
**210 Franklin Road, SW**
**Suite 206**
**Roanoke, Virginia 24011-2208**

Dear Judge Ballou:

I am pleased to provide a character reference for Martin Elling, whom I have known for almost 29 years. I am aware that he has been convicted of criminal conduct and that this letter may be taken into consideration in his upcoming sentencing.

Last year, I retired from a 28-year career at McKinsey & Company where I was employed from August 1996 to August 2024. For the last 15 years, I was a Senior Partner and held various leadership roles including: Managing Partner of the Mid-Atlantic Office, Global Leader of the Operations Practice, Head of the Partner Review Committee, and Chief People Officer.

In addition to my professional activities, I have been actively involved in non-profit and religious organizations. I served on the Boards of Episcopal Relief & Development and Union Theological Seminary, and I led a 3-year Taskforce to evolve the Episcopal Church's national governance. I am an active member of my Episcopal Church parish. I am also active in our local Roman Catholic parish, supporting my husband who is a Catholic deacon.

I first met Martin in August 1996, in my third week at McKinsey. I was at an introductory training program, and he—a few years ahead of me and a manager-- joined two weeks into the program as part of the faculty. It was a very intense four-week program, and the participants were all from what at the time were non-traditional backgrounds for new consultants. Many, like I did, came straight out of PhD programs and did not have any business or corporate experience. As such, stress was running high. The unskilled Manager in charge of the first two weeks of the program unwittingly fanned the angst of the group quite significantly, so Martin arrived to an unusually tense situation in week three. It was amazing to see him rapidly turn things around. He quickly sized things up and made time for each of the ~20 participants to speak with him and get to know him one-on-one. He led with kindness, and his optimism and ebullience were contagious. He helped us see that we could all fit into this new professional context. Through that intensive two-week experience, Martin became a lifelong role model and mentor to me. He showed me that I could be myself and succeed in the business world, and that I could chart a path in McKinsey that not only aligned to my values but helped me exercise those values for real-world impact. It was no surprise that years later, Martin was appointed to lead the Firm's Global Learning agenda, given his commitment to helping younger generations succeed, and his vision to use learning programs to teach consulting skills while also deepening learners' understanding of and commitment to the Firm's guiding values.

A few years later, I followed my mentor in transferring from our large New York office to McKinsey's smaller and younger office in New Jersey. Martin and I had a chance to work closely together to shape the culture and performance of our small office. With the rest of the New Jersey partner team, we created recruiting processes, connectivity and networking events, and mentoring practices that made our office famous throughout the global Firm for its warm family-like support. Martin again was a role model to me, particularly as I observed him in our personnel review processes. He advocated for younger colleagues, ensuring that everyone was given the chance to succeed and was treated fairly. But he also was clear-headed when the kindest thing to do for a colleague was to help them find a better fit in a career outside McKinsey.

1

In early 2000, I returned from maternity leave, which is when many women colleagues struggle to maintain trajectory in their careers after disrupting client relationships and program continuity. By contrast, I was lucky to have Martin in my corner. He had the foresight to introduce me into his core client relationship *before* I left for my maternity leave. In fact, he brought me to a critical planning meeting with a set of senior leaders who would become my clients for 20+ years the week before I had my son. It was a risky and generous move on Martin's part. He introduced me into the relationship that was most important to his continued career success right before I disappeared, with only a vague notion of how and when I would transition back. But taking bets on people—believing in them—helping them—is central to how he has always behaved as a leader and as a colleague. Martin and I worked together on various projects and initiatives for this client on and off for 20 years.  He was always a collaborative and generous colleague.

As Martin and I worked together, he became a close personal friend, and over time, a close family friend. Both my husband and my son (now 25) consider Martin a friend. We have enjoyed many meals together, and we look forward to getting together with others of his friends at his New York apartment.  On these occasions, Martin gathers the most wonderfully eclectic group of friends together.  Some date back from high school, college and law school.  Others are former colleagues and clients, some of whom he hasn't worked with in decades. Others are people he has met from his travels around the world and stayed in touch with for years afterwards.  Of all of Martin's positive qualities, I think his commitment, energy and generosity to being a loyal and true friend is perhaps his most distinctive character trait.  He creates and maintains unusually diverse and long-lasting friendships, and he brings people together who would otherwise never interact.

The most meaningful time with Martin for my family, however, was when he suggested that we travel together to the Sochi Olympics in 2014 in Russia, when my son was 14. It would never have occurred to me to consider going to an Olympics games, but Martin convinced me to make this "once in a lifetime" trip. I'm so glad he did.  The global experience of an Olympics games was made so much richer with Martin's insights and with his insistence on finding true local food (even if we all agreed, we had too many beets!). I still remember the conversation that Martin had with my son, in which he shared his "2x2 matrix" for categorizing the countries of the world--all of which he has visited.  Martin told my son that he looks for: a) how friendly people in a country are to strangers, and b) how happy they seem together.  My son was very inspired by seeing the world through Martin's eyes.  The trip ignited my son's interest in geopolitics and human rights law.  He is now in his first year of law school, in part inspired by Martin's enthusiasm for and insight about the world.

I hope that these stories have helped you to see the qualities that I have seen and experienced in Martin very consistently over 28+ years: positivity, optimism, good will, good faith, friendship, commitment, follow-through, loyalty, empathy, curiosity, independence of thought.  And an abiding belief in the fundamental goodness of humanity.

Thank you for your consideration.

Sincerely,

**Catherine George**

February 21, 2025

2

# EXHIBIT A-14

**REBECCA GEORGE**

ADVOCATE

26th March, 2025

To,

The Honorable Robert S Ballou,
United State District Judge,
Western District of Virginia,
210 Franklin Road SW
Suite 206,
Roanake,
Virginia 240011- 2208

Sir,

My name is Rebecca George. I am an Attorney, practicing in the Supreme Court of India. Of recent, most of my work is Pro Bono, mainly complex social issues that need to be addressed in our society, for eg (but not restricted to) migration and homelessness, environment, rehabilitation of sex workers. I also run a Legal and Advocacy Initiative focusing on Women's Empowerment and Entrepreneurship. I also work closely with an organization that markets the goods of specially abled persons.

I understand that Martin Elling is due for sentencing and I write this letter to you believing that Martin continues to make this world a better place.

I have known Martin Elling for the last thirty five years. We first met when I was a young nervous graduate student at Harvard Law School. Martin Elling helped me find my feet at Law School, introduced me to different aspects of the American culture and made me actively contribute to the Harvard International Law Society of which he was the President.

Our friendship has lasted over continents, family. commitments, cultures and busy schedules. Martin Elling takes his relationships very seriously and treats his friends with integrity, respect, understanding, generosity, empathy and love. This aspect of his personality actually extends to everybody. An important way of to judge one's character is to observe him/ her behaving when they think no one is watching. Martin treats everyone with same level of integrity, generosity, respect, understanding and curiosity. I have travelled extensively with him and always find his attitude remarkable. He shows drivers, waiters, vendors, doorman with same respect, integrity and generosity, he shows his friends and clients. He is keen and open to learn about other cultures and societies. Of recent, ever since he moved to Thailand I found him actually very influenced by the Buddhist philosophy, although I wonder if Martin Elling actually knows this himself.

"He can walk with kings,
Yet not lose his common touch"

I have also observed Martin Elling to be non judgmental and has
"the ability to meet triumph and disaster and treat both imposters the same."

I know Martin Elling spends his money and time in Rotary in Thailand contributing to uplifting activities in remote areas of Thailand. I have seen him mentoring many young people. I also know that he has donated to many charities in the US.

With respect,

*Rebecca George.*

REBECCA GEORGE

# EXHIBIT A-15

# TRACEY GRIFFIN

**February 1, 2025**

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, VA 24011-2208

**Dear Honorable Robert S. Ballou:**

My name is Tracey R. Griffin, I am a former senior partner at McKinsey & Company.  I am an American citizen, but currently reside in Dubai, UAE.  I am the CFO of a private fashion and beauty luxury group based in Dubai that markets primarily in the GCC but also in the U.S.A, France, and parts of Latin America.  I have a family home in Montana and raised my children with my husband in Maryland and Montana. I am currently a public board Director of ADT and a former Director of the non-profits, Partnership for Healthier America and UNCF.  Health and education are two personal passions of mine. In the UAE, I am on the Advisory Board for HCT, a UAE based university.

I am aware of Martin's conviction and that he has pleaded guilty.

I have known Martin for over 20 years. He started as a colleague and over the years became a good friend.  I would characterize Martin as a connector, advocate and generous.

**Connector.** I first got to know Martin at McKinsey, sitting in a team room and hearing about his personal quest to visit every country in the world**.**  I was mesmerized about his stories but found his profound belief that we are all richer the more we learn about others, as inspiring.  Since that first team room meeting, I have been fortunate to travel with him and see how he connects people/cultures that are different from the US.  We travelled together with another colleague to Turkey, on the border of Syria, to see the excavation of one of the earliest religious sites.  He and I travelled together to Malaysia, my first time to a predominately Muslim

country and learned about the rich history of the region and trade. He taught me a lot while we travelled together. Since I have known Martin, he has had his annual holiday party. There is always a fun theme e.g., Miracle on 31st Street or Roaring Twenties. The event is always something my husband and I enjoy. What is so special is every year he brings people from all the different chapters of his life, family, college, graduate school, McKinsey, etc. to celebrate the holidays together - a connector. Many of these folks I only see this one time of the year, but he brings us together in community to celebrate Christmas and we always look forward to the next Christmas.

**Advocate.** Martin was an important senior partner advocating for women to be successful at the firm. We had many a chat about me personally trying to balance being a mom and a partner at the firm. He supported my (and others) part-time programs at the firm. He pulled me into client situations to help me round out my program for election at McKinsey. These workshops were important for my election to demonstrate I had a network beyond my core clients. While I was out of the country he went to the Women's March 2017 in Washington, DC with my husband to make his voice be heard. Martin and I share a passion about education/learning, and I saw how he invested his time and energy in rebuilding the Firm's learning programs to develop our people and bringing innovation to learning.

**Generous.** Martin has been a major donor to pollical and philanthropic areas that are important to him. His generosity extends to his family and friends. He has supported and encouraged the higher education of several of his family members. For one of his birthday parties in Thailand, he encouraged us all to make personal contributions to important charities in the city focused on children and education.

Honorable Ballou, I hope this provides a bit of insight into the Martin I have known over the years. He is a special person who has a lot to contribute to those around him.

Sincerely,

**Tracey Griffin**

2

# EXHIBIT A-16

Gretchen L Hachmeister, PhD

Honorable Robert S. Ballou                                  February 16, 2025
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

Your Honor,

My name is Gretchen Hachmeister and I am a long-time friend of Mr. Martin Elling.

I am the Executive Director of a nonprofit association and public library in Connecticut. I am also a member of Trinity Episcopal Church in Connecticut.

I have known Martin Elling since the fall of 1984, when we both studied abroad at the University of Vienna, Austria. We met while leaving the German-language exam for foreign students and soon discovered that we were both born in 1964 within a few miles of one another in Pittsburgh, PA.  Martin's family moved away while he was still very young.

We became close friends that year, celebrating Thanksgiving together, and traveling throughout central Europe. We have stayed in touch in the subsequent 40 years and have enjoyed many visits and some more travel. My children enjoyed Martin's visits to our home as they grew up and loved interacting with him. His holiday party has always been a beloved annual holiday tradition and an example of Martin's incredible generosity to his family and friends.

I am aware that Martin has been convicted of criminal activity and has pled guilty. I can attest that Martin is kind, generous, caring, and a true friend.

He has helped his family members financially; for example, he helped his nieces and nephews with college expenses. Martin also has supported environmental causes, and he has advised friends from other countries on educational opportunities in the United States.

Martin was extremely helpful to me during a most difficult period of my life. While my mother was dying of colon cancer and I was caring for her in 1988, Martin telephoned me daily to see how my mom was and how I was holding up. He made sure I laughed a little each day.

Just a couple of years later, Martin found himself in the same situation. I was able to help him as he navigated the stark reality of his mother's cancer diagnosis and death.

Martin has always been the center of his extended family, bringing his brothers and their families together for holidays. And he serves a similar function as the center of a large group of friends, from various phases of his life – childhood, college, graduate school, work, travel. Many of us have become friends because of Martin.

Martin Elling is a kind and caring man who has gone above and beyond for his family and friends, and for which I will always be grateful.

With best regards,

*Gretchen Hachmeister, PhD*

Gretchen Hachmeister, PhD

# EXHIBIT A-17

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

United States of America                                    09.02. 2025

**Character-Statement of Martin Elling**

Dear Judge Ballou,

My name is Tim Schulte Havermann and I am writing to you regarding the Case of Martin
Elling.

I was born in Hagen/ Westfalia in Germany and grew up with my parents and my two years
younger brother in Recklinghausen in a catholic family. After finishing High School I did 15
month of military service before studying and graduating from University of Mainz in 1995 with
a degree in pharmacy. After working as a pharmacist for five years I cofounded a
telecommunication solution provider and left the company after the IPO in 2006. Since then I
develop and construct real-estates mostly in Berlin and the eastern parts of Germany. With
my wife  we are currently living in a small town in Black Forrest and Berlin.

Due to possibility of remote working we also staying more often in our apartment in Bangkok
/ Thailand, where we reside approximately three months a year. In February 2020, just
before the worldwide COVID-lockdown started, we met Martin and other neighbours of our
building for lunch. We enjoyed the time with him a lot, saw each other again several times
before we had to go back to Germany mid March 2020 due to the pandemic. We stayed in
contact but due to the travel-regulations we couldn't return to Bangkok before end of 2022



and we were happy to see Martin again and spent more time together and our relationship
naturally evolved into a meaningful friendship.

After our long absence in our vacation home a lot of smaller and bigger things had to be
done and issues had to be solved, Martin helped us immediately to improve our
condominium, supported us with his experience and great language skills and found
solutions so we could enjoy Bangkok again. The more we would see us, the more we also
visited sights together and went on trips and excursions to museums, temples or charity
events with Rotary, where Martin is a well regarded member in the their Bangkok chapter for
his ethical standards, generosity and his sense for justice and equality. On our trips we
experience a lot of injustices and exclusions based on origin and education here in Thailand,
which I am not even aware of because most parts of society including myself accept it as
given, but Martin nevertheless names those grievances, enters into discussion and
opposition and, even though he knows those prejudices cannot easily eliminated, he tries to
point these out and sensitise his environment at least. Martin's ease is also impressive with
which he approaches people on the fringe of society. He like to talk to those people, unseen
by most of us, doing the work our society depends on.

Martin's deep respect for Thai culture and his love for his friends, both Thai and Western, are
evident in the way he brings people together on many significant Thai holidays. By doing so,
he not only strengthens friendships but also introduces others to Thai traditions, respectfully
honoring the country's cultural heritage. Thanks to Martin's remarkable ability to connect
people, we have had the privilege of meeting numerous wonderful individuals, including many
locals we previously had little access to. These connections have developed into close
friendships, allowing us to gain valuable insights into Thai life and customs. This experience
has significantly enriched our lives, making Bangkok a second home for us through Martin.

Martin is one of those rare individuals who treats everyone with the same respect and
openness, regardless of their background, level of education, ethnicity, profession, or social
status. His circle of friends includes well-known figures from Thai society, former classmates
from Harvard, young art students from the region to language teachers, taxi drivers and staff
members of our building. He evaluates people without prejudice, recognizing and
appreciating their true character.

In the relatively short time we have known him, we have had the opportunity to meet friends
and acquaintances from nearly all stages of his life, including former classmates, colleagues,
and even previous employers — relationships he has nurtured for decades, no matter how
many miles or continents separate them. In today's fast-paced world, this commitment to

maintaining genuine relationships is a rare and invaluable quality that demands significant time and effort, as we know from our own experiences.

Martin has approached us with openness, honesty, and transparency regarding his misconduct and guilty plea, which has only further highlighted the strength of his character and the trust he places in our friendship. I hope this letter helps you understand Martin as a person. With a strong moral compass, he has grappled deeply with the situation, which has weighed heavily on him mentally and emotionally. His primary focus has always been to resolve the matter responsibly and respectfully, without avoiding accountability, demonstrating his unwavering commitment to doing the right thing.

Sincerely

Tim Schulte Havermann

# EXHIBIT A-18

From: **Nina Hans**

To: **Honorable Judge Robert S. Ballou**

U.S. District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

Salzburg, January 28th, 2025

<u>Topic: A Letter on Behalf of Martin Elling</u>

Dear honorable Judge Ballou,

I am writing to you regarding the sentencing of my godfather, Martin, wo pled guilty in Federal Court in Virginia to one felony count of obstruction of justice related to his deletion of electronic documents in a federal investigation.

I want to give you a short introduction to myself and how I got to know Martin. My name is Nina Hans, I was born in Austria in the year of 1992. I studied law and currently hold the position Head of Human Resources and Legal at a museum in Salzburg. I am married to my long-term partner, Klemens and we have a three-year-old daughter.

My father, Volker met Martin during their studies at Harvard. Martin, who also has Austrian roots, was my dad's "buddy" when my father received a scholarship for his LLM studies. Both stayed in touch ever since, for more than 35 years now. Thanks to their friendship, I was fortunate enough to have Martin as my godfather, mentor and friend. During my childhood, our contact was mainly limited to birthdays, Christmas and occasional visits, however, as I grew older and was able to keep in touch myself, our relationship became much closer.

Even though living in different countries – Austria and United States, Thailand – we have always stayed in close contact. Over the years, we made it a priority to see each other regularly, whether in person or through long conversations. Martin has always been there for me, offering and providing guidance, support and advice – always with my best interests at heart.

To me, Martin is more than family. He is a mentor, role model and he has always been a guiding figure, providing moral support, wisdom and practical advice no matter, if on a personal or professional level. His influence has been crucial in shaping my values, discipline and sense of responsibility. He has always encouraged me to do the right thing, to stay grounded and to take responsibility for my actions. His influence has been a major part of my upbringing and I can honestly say that without him, I would not be the same person today.

I remember during one of my trips to New York City in 2014, for the National Model United Nations (NMUN) New York Conference, Martin was there to support me. Thanks to his unwavering support, encouragement and belief in me, I was able to perform at my best. He was

there not only as a source of motivation but also as someone who gave me the confidence to push forward and make the most out of this incredible opportunity. Knowing his support made a significant difference and I am grateful for his presence during this important experience. My team and I then won the award for an outstanding delegation.

Throughout my young and relatively short professional life, Martin has been a constant source of support. he has guided me through every major career decision, including job changes and even transitions between industries, offering invaluable advice and perspective. His insights, drawn from his experiences and judgement have helped me navigate challenges with confidence. I deeply appreciate and feel incredibly fortunate to have his wisdom and guidance, knowing that I can always turn to him for honest advice and unwavering support.

Beyond Martin's role in my personal life, Martin has also been the anchor of a close-knit group of friends. He is a highly sociable person who has the rare ability to bring people together and foster lasting connections. Thanks to his decisive role, this group of friends remains tightly connected with regular gatherings that he initiates and ensures to take place. His presence is the glue that holds everyone together, creating a strong network of like-minded, highly engaged individuals who continue to support and inspire each other. A testament to his selfless nature is how he approaches his own celebrations. Whenever friends come together for Martin's birthdays, he always insists on no gifts. Instead, he encourages everyone to make donations to nonprofit organizations that support those less fortunate than us. This thoughtful gesture reflects his belief in generosity, social responsibility and making a meaningful impact in the world.

I admire Martins values like fairness, inclusion and the belief that education is the key to a better future. Therefore, Martin supports the initiative START in Austria, which is a foundation that helps high school students with migrant backgrounds to integrate and excel in school. Martin supports them because he thinks only if these disadvantaged people do well, there will be peace and development in society. Through his support and commitment, Martin is not only giving them opportunities but also fostering a more harmonious and progressive society. His support demonstrates his dedication to social cohesion and equal opportunities reflects his deep conviction that everyone, regardless of their background deserves a fair chance to thrive.

I understand that what Martin has done is serious but I am proud to have him as my godfather and I will continue to have him in my life. I appreciate your time in reading this letter and considering my words.

Sincerely,

Nina Hans

# EXHIBIT A-19

### *Judith Hazlewood*

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke,
Virginia 24011-2208

February 19, 2025

Dear Judge Ballou,

I have known Martin Elling for about 25 years. I am aware that he has been convicted of a crime and am writing this letter as a character reference to be considered in his sentencing hearing.

I trained and practiced as a medical doctor in the United Kingdom and switched career to join McKinsey & Company in London in 1988. I transferred to McKinsey's New Jersey Office in 1999 to pursue work in healthcare. I have now retired as a Senior Partner of McKinsey after a 33-year career with the Firm.

During my time with McKinsey, I was appointed and/or elected to a range of senior leadership positions. Over the years I have led McKinsey's Mid-Atlantic Office (New Jersey, Philadelphia, Washington DC), and both its Organization, and Global Public Health Practices worldwide. I was elected to McKinsey's Board of Directors (known as the Shareholder's Council) and was a longstanding member of the Professional Standards Committee – the body that investigates and adjudicates professional misconduct among Partners. In my final chapter in the Firm, I served as McKinsey's Chief People Officer responsible for overseeing all aspects of talent development and human resources worldwide.

Now that I have retired from McKinsey I support several non-profit organizations as a member of the Board of Directors, or as an Advisory Board member. In these roles I am proud to be able to serve an organization that provides health services in sub-Saharan

Africa; a newly founded non-profit providing leadership training for individuals who wish to devote their career to public service in the US; an organization central to managing water quality from the Passaic River in New Jersey; and a visiting nurse and hospice provider also in New Jersey. I am also engaged on an as needed basis by McKinsey & Company as a confidential coach to some of its Partners and Senior Partners.

I met Martin in 1999 when I moved to New Jersey. He was one of the people who was immediately welcoming to a newcomer to the New Jersey Office, and was an important part of helping me get settled into a new place.

I have always admired Martin's optimism and commitment to improvement for future generations. In 2015 he was selected to help define a talent strategy for McKinsey to address the evolving needs of the consulting market and the changing expectations young people had about their careers. He was chosen because of his commitment to mentoring the next generation of McKinsey colleagues and his dedication to learning and personal development. Martin threw heart and soul into that project and the vision he helped to create was inspiring and inclusive, radical while also being practical. It created a vision of the future of the McKinsey Partnership that provided a North Star for me as the Firm's Chief People Officer for the following five or more years.

In my role as Chief People Officer, the then Global Managing Partner of McKinsey and I together appointed Martin as the head of Learning for the Firm. In making this appointment we recognized Martin as someone who was invested in the development of younger, upcoming colleagues and someone who would use the role to improve the development of the Firm's people without consideration of his own position. And indeed, he transformed McKinsey's learning approaches and infrastructures in ways that really benefited colleagues globally. At one point he stuck his neck out to defend investment in learning infrastructure in Asia (this was before he moved to Thailand) when the CFO wanted to reverse a decision previously made. Martin was a passionate advocate for colleagues in Asia and the need to prioritize their development as much as colleagues in Europe and the US. He was eventually successful in persuading the CFO to honor the commitment made to these colleagues, but it was not an easy debate, and Martin showed courage and a willingness to expend his own political capital for the sake of what he (and I) believed was the right thing to do for the sake of these colleagues.

Beyond his commitment to developing more junior colleagues broadly, one of the many admirable qualities that Martin shows is his commitment to helping and supporting individuals. This applies to people in his wide circle of personal friends, to family members, and to individuals in a professional context. I will try and illustrate this with a few examples, mainly from the professional sphere.

2

As the head of our mid-Atlantic Office, I was always concerned about how to ensure that our junior colleagues were getting sufficient support in the form of mentorship and coaching. In the McKinsey system this is the responsibility of the Partners in the Office, but these Partners are busy people with competing demands on their time, and often it is the support of these young people that falls by the wayside. Martin always stood out to me as someone I could rely on to really care for, give time to, and provide wise counsel to these less experienced colleagues.

One specific example stands out among many instances. This was the case of a colleague who had come back from maternity leave after her first child. This is of course a difficult time for women in the workplace everywhere, but particularly at McKinsey where professional success relies on a network of supporters and client relationships which often decay when someone is absent from the workplace for a time. This woman (who did not previously know Martin) returned to find that while she was out on maternity leave her McKinsey sponsors had all 'moved on' and were focused on supporting other people. Although she was talented and a potential asset to McKinsey, she was beginning to get the message that she had no future in the Firm and should be looking for outside opportunities. We assigned Martin to be her main contact, and he spent hours helping her see how she could reinvent her professional platform and reignite her passion for consulting. She is currently a successful Partner at McKinsey and went out of her way to give me feedback on how that intervention by Martin was a turning point in her career and how she holds it up as the standard she aspires to as a Partner herself helping her junior colleagues.

More generally, a theme that often came up in our reviews of junior colleagues was the issue of young women lacking 'presence' (a nebulous concept tied to being able to stand out and be listened to in a male dominated environment). This lack of presence held many of your young women back in their evaluation and career development as it raised questions among the Partners about these women's ability to command respect from clients and senior colleagues.

Martin took it on himself to help a number of these women to stand out more clearly by helping them present their arguments more forcefully and encouraging them to ditch the corporate uniform of black or navy suits/jackets and wear bright colors. This rather unconventional approach may sound trivial, but it was in fact a rather profound and successful intervention which helped many of our women become more noticed and memorable in a professional setting.

Equally, as networking is critically important to success in McKinsey, Martin has always gone out of his way to create opportunities for more junior colleagues to get to know more senior colleagues and potential mentors by creating informal settings that support them

3

building their own network. His annual holiday gathering is just one example of the settings in which he helps make connections within his circle.

And on a purely personal basis, I am very thankful to Martin for supporting me as I grew in seniority and stature in the Firm. I am not naturally outgoing, and in my positions was often expected to be very present (often on stage) at events that, while professionally important, were for me personally daunting. I can think of many instances where Martin quietly encouraged me, stuck by my side to be supportive, or managed to create smaller group settings in which I was more natural and comfortable.

***

I hope this letter gives you some feel for at least some of the aspects of Martin's character that I find admirable. In my own experience Martin is a generous, thoughtful and supportive individual. He consistently puts others ahead of himself and I consider it a privilege to have had him as a colleague and to count him as a friend.

Yours sincerely,

J. Hazlewood

Judith Hazlewood

4

# EXHIBIT A-20

February 17, 2025

The Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW Suite 206
Roanoke, Virginia 24011-2208

Dear Judge Ballou,

Martin Elling has been one of my closest friends for more than 30 years.  He has also been one of the most important and influential people in my life both personally and professionally. I am aware that he has pled guilty in a federal court, and I submit this letter as a testament to his character.

Now retired, I had a career in marketing and as a former entrepreneur while living abroad.  I've been fortunate to have traveled widely for work and leisure, experienced different cultures, and achieved a few of my dreams, including returning to school at age 50 to earn my M.A.  Throughout all these experiences, Martin has been a constant and supportive friend.  He's been colleague, friend, travel companion, coach, consoler, cheerleader, advisor, and confidante.

I met Martin in approximately 1993 while working in New York City. We were both young and in the early stages of our respective careers.  The firm I worked for had engaged McKinsey & Co. to consult on a firm-wide, global initiative.  It was one of Martin's first client engagement projects with McKinsey and I was selected from the client-side to work alongside Martin.  There were many long nights and weekends. I was inexperienced in analytics and Martin frequently assigned me the lesser-interesting tasks. Observing my frustration, Martin took me under his wing. He generously and patiently spent extra time to teach me an entirely new set of skills while also ensuring the project was managed accurately and on time.  In my experience working with Martin, he always demonstrated professionalism and integrity. The project took approximately two years, and we became friends in addition to colleagues.  During this time, he also became a sounding board and mentor, and I credit Martin with positively changing the trajectory of my career and life.

Martin is a natural leader. Helping people and a desire to make the world a better place are hallmarks of his nature. Martin celebrated New York City's diverse, multi-cultural population and has been involved in numerous community initiatives. He is a supporter of numerous non-profit organizations and places an emphasis on initiatives that focus on the betterment of people's lives. City Harvest, a food rescue organization in New York City, and the Central Park Conservancy are just two organizations that come to mind.  For multiple years when he was living in the city, Martin mobilized friends and colleagues — me included — to join him at these fundraisers to raise awareness and increase participation.  However, his philanthropic involvement is not limited to these organizations. Most recently, Martin has been sharing with me how much he is enjoying his involvement with the local Rotary club in Bangkok.  He is energized by the enthusiasm of the other members and the positive impact of the group's initiatives.

I believe Martin's greatest quality is his faith in humanity. Empathetic and kind, he believes the best in people.  Anecdotally, several years ago I bought a necklace at a small shop and the salesgirl misread the price and undercharged me. As I debated returning to the store to pay the difference, Martin expressed his disdain that someone (especially me) would wittingly choose not to do the right

thing. I remember his saying that while I was asking his opinion, he knew that I already knew what the right answer was – of course, to pay the difference.

Martin's belief in humanity is inextricably linked to his perspective on relationships. He has a deep gratitude, love and appreciation for the relationships in his life. Martin has made and kept friends from every facet of life, creating a wide, international community of friends. I am regularly awed by his capacity to be a part of so many friends' lives, participating in their milestone events, providing advice and guidance on a range of topics and remembering important details. For all the years I've known Martin, he savors spending time with and bringing together his global circle of friends.

Martin has always been a loyal, supportive and dependable friend. He was often my first call for a family medical scare or a pressing business situation. Over the last 30 years, there were quite a few of these calls. If Martin was unavailable, the call would route to his assistant, and if I expressed the call was urgent — which Martin knew I would never do unless it were, he would invariably leave the meeting, sometimes a client meeting, to speak with me. And if he could not immediately take the call (for example, he was on a plane), he'd call as soon as it was possible. My experience is that Martin has consistently been a stalwart friend.

Martin is also a devoted godfather, taking the responsibility seriously in action as well as title. I've observed from both close and afar his care of and involvement with two of his godchildren. When his godson was going through a challenging, somewhat rebellious phase, Martin stepped in to provide the balanced perspective. His goddaughter had somewhat of a difficult childhood and Martin was an ear and a pillar throughout her life. I believe his positive influence contributed to her finding happiness in adulthood and more recently becoming a wife and mother.

My personal experiences with Martin are also closely tied to family — both his and my own. Having met Martin's parents numerous times, I know Martin to be an attentive son who relished a close relationship with his father (who, in turn, was so proud of Martin) and Martin continues to maintain a close bond with his stepmother. Following the death of his father, he is the primary connection now between his stepmother and his remaining family. As she continues to age, Martin regularly checks in, patiently listens to her challenges and helps with various solutions. I know he has provided emotional and financial support to his stepmother, sisters-in-law (one widowed), and nieces and nephews through deaths and difficult times as well as celebratory occasions.

I am proud to be counted among Martin's friends and believe I am a better person for knowing him.

Sincerely,

Tyrel Holston

# EXHIBIT A-21

**To:**
**Honorable Robert S. Ballou**                                                          **14 February 2025**
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

**From:**
**Hermes Taikan Huang**

I am writing this letter on behalf of Martin Elling who I understand has pleaded guilty in Federal Court in Virginia to one felony count of obstruction of justice related to his deletion of electronic documents in a federal investigation. I am writing this letter having knowledge of the investigation into McKinsey over the past few years, and with significant thought and discussion with friends and colleagues with a systemic view and approach to the system of actors and actions that have led to this moment.

My name is Hermes Taikan Huang. I am an American citizen from California who has been based in Thailand and Nepal over the last 12 years. I was a Princeton in Asia Fellow (Thailand, Nepal) and a Rotary Global Grant Scholar (MA, International Development Studies, Chulalongkorn University); two programs that deeply promote cultural exchange, understanding, and peace between the United States and Asia (and the world). I am now an international development professional and head of a small consulting agency based in Bangkok, Thailand with a team of 9 people working with United Nations teams around the world. I regularly provide advisory services pro bono to small local non-profits and social enterprises. As a professional working in the social impact sector, and as a longtime foreign resident of Thailand, I expect the people I hold close to me to strive for empathy, to be holistic in their view of the world, and to be open to the nuances of intercultural interactions.

Martin Elling is a person who has demonstrated to me over our 7 year friendship that he has a deep and nuanced respect for Thailand's cultures, language, people, and society, and every culture that he encounters as well. As someone who finds himself constantly having to explain to foreigners in Thailand and Asia at large that they should not be projecting their own cultural biases onto the local community, especially as a visitor, I find myself learning from Martin on how I can better interact and engage with the communities around me.

Martin and I joined the Rotary Club of Bangkok around the same time in 2018. From this initial meeting and aligned shared values of community service and social impact, I was able to learn more about Martin over regular opportunities to hang out as friends, and participate in community service activities as part of the Rotary Club of Bangkok.

My first impressions of Martin through our meeting in the Rotary Club was his advocacy for the empowerment of the next generation of leaders in community service. He often spoke with both kindness and understanding to the older members of the club and their perspectives, while also firmly putting his voice and power in the club to advocate for changes in the system that would allow for more listening and leadership and recruitment of younger members. At the time, I was the youngest member of the club.

This fierce advocacy for empowering the next generation of leaders in community service, I would later learn through our time together, was also present in many other parts of his life. I am a small business owner trying to change the way that large bureaucracies listen to and collaborate with frontline workers, middle

managers, and customers/stakeholders/beneficiaries, and I have always been skeptical of organizations like McKinsey. Hearing the way that Martin approached leadership, decision-making, and collaboration across his career gave me hope that leaders in the private sector could actually encompass qualities of compassion, empathy, and kindness, in balance with business priorities as well.

Throughout our interactions, I would also come to learn that Martin has such a deep appreciation and empathy for the cultures that he moves in. This is especially true in Thailand where he lives where I have seen him take the time to deeply understand Thailand through language through slow methodical exploration and walking around neighborhoods and provinces in Thailand. He is not shy about speaking with people in a way that offers curiosity, appreciation, and respect to people from all walks of life in Thailand. And this is a rare quality amongst foreigners who live here to me. It says a lot about who he is as a person. And it is by joining him on these curious explorations that I have also learned to be more empathetic and open in my life as well.

This curiosity that Martin brings with him to the world extends also specifically to arts and cultures, development and support. I have met a number of artists through Martin over the years and many of these artists are up and coming people who would massively benefit from the connections and appreciation that Martin's friends and networks bring to the table. I see this as an extension of his personality that I first met when we joined the Rotary to support the next generation. And in my experience as a young adult, this is a rare quality in many older folks especially when that support comes with a genuine authenticity and desire to lift up.

My Hope is that this letter sounds intentional and authentic and well-rounded in its description of Martin. I will conclude by simply saying that I know Martin will continue to lift up people in the next generation of young people throughout his lifetime. In a world that feels so divided at the moment, we need more people like Martin to be open, curious, and supportive of those who will lead in the coming years and decades.

Sincerely,

Hermes Huang
14 February 2025

# EXHIBIT A-22

February 18, 2025

The Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

Dear Judge Ballou:

I write in support of and to provide a character reference for Mr. Martin Elling for his sentencing hearing in your court on April 4, 2025. I am currently a Professor of Law. I have been law teaching since 2005 after practicing law for ten years in private practice and in-house.

I have known Martin since 1989 when we both matriculated at Harvard Law School. I would not say we were close friends during law school, but I did enjoy his company and acquaintance. We became close after law school when we were both selected for the Robert Bosch Fellowship in Germany for the 1992-93 fiscal year, and we have been close friends ever since, often speaking on the phone and often visiting each other.

Throughout the years, I have learned that Martin is extremely loyal to his family and friends and takes seriously his obligations to improve and benefit the world. He lost his mother as a teenager but has never let that tragedy define him. He maintained an extremely close relationship with his father and provided him assistance, especially when his health was waning in the later years before he passed away. He regularly communicates and visits with his relatives, including his brothers' families in different parts of the U.S. One of his brothers died an early death, and Martin has taken it upon himself to look out for the family members left behind.

Martin is one of the most generous people I know. He is generous with his time and money, always offering financial and other support to needy family members. He has long been involved in charitable efforts as a board member of The Nature Conservancy (an environmental organization), but also with other organizations, such as Habitat, New York Cares, and ACLU. In Thailand, where he now lives and spends his retirement, he has participated in diverse educational initiatives with the Rotary Club, the Mercy Centre, and Children of the Forest. He has provided countless donations to many more organizations.

The Honorable Robert S. Ballou
February 18, 2025
Page 2

I would like to relay two vignettes out of the many that showcase his integrity. Many years back, he purchased a table at the annual fundraiser for The Nature Conservancy, and I was happy to participate. We had a lovely dinner at a beautiful venue in New York, and we learned about the Conservancy's various initiatives. The program displayed photos of its leadership, and we all noticed that there were few or no women in the leadership of The Nature Conservancy. Martin was genuinely disturbed by the lack of female representation in the senior leadership and committed to raising this issue with the board. The fact that he volunteered to do something about the dearth of women in the leadership made quite an impression on me.

A second story comes from his 60th birthday party in Bangkok, Thailand. He invited his many friends to come join and celebrate his birthday. In materials he printed out for all party participants, he wrote that he would not accept gifts but that he would be grateful if we donated to one of the Thai children's charities that he actively supported. He provided detailed descriptions of the work that the Mercy Centre and Children of the Forest, among others, do, so that it would be easy for us to choose which we would support. The fact that he declined presents and asked us to donate to one of his favorite children's charities demonstrates his strong and longstanding sense of obligation to benefit others who are struggling to meet basic needs.

I hope that my letter sheds some light on Martin's general character. Thank you for your consideration.

Very truly yours,

Sung Hui Kim

# EXHIBIT A-23

March 4, 2025

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

MAR 13 2025

LAURA A AUSTIN, CLERK
BY:
DEPUTY CLERK

From
Margaret Knudson

To
The Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, VA. 24011-2208

Dear Judge Ballou:

I am writing this letter to share with you what I know about my friend Martin Elling, who I understand has pleaded guilty to one count of obstruction of justice related to his deletion of electronic documents during a federal investigation.

I met Martin 38 years ago, in 1987, when we were both research interns in the German Parliament, in Bonn. Back then he was a graduate student and I had just finished graduate studies. We became good friends immediately, as we were--and still are--alike in many ways: We share a passion for the study of international relations and how the global community might work together to make the world a better place; an understanding of and affinity for German language and culture; and a deep love of travel, even when it puts us outside of our comfort zone. Our summer in Bonn was fun-filled and memorable, replete with weekend trips, adventure, discovery, laughter, and growth.

Martin and I have remained in close contact for the following (nearly) four decades, and this has only served to deepen our friendship, despite the fact that we live in different cities and work in different sectors. Whereas Martin pursued a consulting career that would make good use of his very sharp mind and problem-solving acumen, I have dedicated my life to nonprofit work and my family. For nearly 30 years I have been a development professional, raising funds for 501(c)(3) organizations that seek to address pressing challenges like climate change, global health, women's equality, the threat of weapons of mass destruction, international peace and security, and conservation.  Throughout my career, I have benefitted greatly from Martin's advice and guidance, ranging from how to solve conflict in the workplace to how to manage large teams.

Regarding family, Martin has provided moral support and advice throughout my motherhood journey, giving me courage and perspective during difficult times, laughing with me during absurd times, and encouraging me to find that ideal, often elusive path between over-parenting my kids and fostering their independence. Although they don't know it, my children (now adults) have benefited greatly from his advice to me.

Another aspect Martin and I share is a firm belief that most people are basically good at heart and, given half a chance and an even playing field, can become contributing members of an ever-improving society. He and I have spent countless hours discussing inequality, racism, poverty, sexism, and how to make that arc of the moral universe bend a little more quickly toward justice.

Martin puts his money where his mouth is. He has made donations to nonprofits with missions he believed in, like the Nature Conservancy of New Jersey, where he donated to help improve their good work that protects land and water that support life on Earth, or the Rotary Club in his current home, Bangkok, which provides community service, promotes integrity, advances world understanding, and promotes goodwill and peace. I know he has given to many other nonprofits, schools, and charitable organizations, but he is not one to brag about this or insist that his name be attached to his gift. His joy comes not from recognition, but rather from helping others.

In this and many other, similar ways, Martin made me feel as though he and I were on the same team, one that worked to build a better life for our communities. And Martin's community is global. I have met dozens of his friends from many countries, and to a person they are hard-working, justice-minded people who share his belief that it is up to us to continually work to improve humanity. This is one reason why his good friends have become my good friends over the years.

Finally, Martin is devoted to his own family. He has helped his nieces and nephews purchase homes for their families. He plans Zoom calls and in-person family gatherings, including by sharing menus and party plans with his brother. He is devoted to his stepmother (his own mother died of cancer when he was a young man, and his father passed away about a decade ago) and visits her every year when he is home from Thailand.

Martin and I are great museum goers; in recent visits he has expressed joy whenever he found a museum that might be a good recipient of some of the art he has collected over the years, or a nonprofit that could benefit from receiving his extensive coin or stamp collections. He is about spreading the joy and not about benefitting financially from the many hours he spent acquiring and organizing his collections.

In short, Martin has lived a life of service and philanthropy in the nonprofit arena, and he has spread joy and fostered a tightly knit, good-hearted community in his personal sphere. I feel very lucky to be his friend. I have known no other person that has spread his good fortune so selflessly, and I have been in the fundraising business a long time.

Thank you for considering my letter about Martin's character and life.

Yours truly,

Margaret Knudson

# EXHIBIT A-24

Ana Raquel Carvalho Malheiro


To
Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208
U.S.A.


Brussels, 18 March 2025


Dear Judge Ballou,

**Re: Letter on Behalf of Mr Martin Elling**


With this letter, I would like to describe my personal relationship with Mr Martin Elling, whom I have known since 2001 through my husband, Caspar Ebrecht. Martin became a very dear friend.

I am writing this letter in the knowledge that Mr Elling has been convicted of criminal conduct.

My name is Ana Malheiro. I am a Portuguese national, married to Caspar Ebrecht and mother of three children. I live in Brussels, where I work as Deputy Head of Unit at a European Union public institution.

I first met Martin in 2001 in Munich, at the house of my (then future) parents-in-law. Martin was introduced to me by my parents-in-law as "a member of the family", and by my husband as an "older brother". My husband has known Martin since 1988, when Martin came to Munich as a scholar with the Fulbright Program.

I met Martin several times in Munich at my parents-in-law house, often for Christmas. Christmas was in every aspect a very special celebration at my parents-in-law's home. We would follow religiously all the traditions of the Ebrecht family. When Martin was around, some exceptions would be accepted. I recall one Christmas when Martin decided to contribute to the festive decorations with pomanders (not part of the usual Christmas tradition), leaving the living room with a pleasant scent of clove clove-studded oranges. I remember Martin being very excited about it, while my mother-in-law was not particularly amused. The pomanders were nonetheless tolerated.

Christmas and family gatherings with Martin in Munich were always very special to me. He would engage in deep conversations about history and politics with my father-in-law, always in German. We would also go out for dinner and to the city centre to visit the Christmas market, at the Marienplatz. Having Martin around at these gatherings was always very special. Martin always brought a fresh perspective to things. He always showed a deep interest in each of us. And that was a constant throughout the now more than 20 years since I have known Martin.

Despite the distance, Martin has always been there in the many important moments of our family.

He was there in 2005, when Caspar and I got married in Portugal. Martin was our best man.

He was there in 2008, when my father-in-law passed away. And also, three years later when my mother-in-law passed away. I was very moved when Martin took the time to write a letter to my husband and his two sisters, describing the fond memories he had of my mother-in-law.

When our three kids were born, Martin always reached out and kindly sent thoughtful presents for the babies. He would also often call us to hear how we were doing. Now and then we would meet when his travels took him to Europe. Often, Martin would take the time and change his schedule just to be able to visit us in Brussels.

We celebrated his 50th anniversary together. I have vivid memories of the warm and heartfelt speeches and songs dedicated  to Martin by his friends.

We were in close contact during Covid times.

We celebrated his 60th anniversary together.

Martin is a very important person in our family. He also became a reference person to our kids. We recently visited Martin in Bangkok. Before we embarked to Thailand, one of our daughters was diagnosed with a serious disease. Martin fully supported us and took the time to make sure we would get the best support in Thailand, if necessary.

During our stay in Thailand, Martin took the time to show us "his" city, walking the kids through the historical details in a very exciting and entertaining way. Martin also introduced us to his many friends. He told us about Thai people and their culture in an admiring and respectful way. He encouraged us to support several non-profit organisations, with a particular focus on organisations that work on giving opportunities to young people. During our stay in Thailand, we had the chance to know better Martin's language teacher. From a European perspective, his language teacher had a hardworking life, spending much of it away from his family. I was very moved by the respectful way Martin would refer to him, as an admirable and hard-working person, deserving every opportunity that he was given.

I perceive Martin as a very loyal friend. I met many of his friends at the occasion of Martin's 50th anniversary. Many of his friends (many of which date back to Martin's college time) have now also become my friends. His friends are also very diverse, not only because they come from different cultural backgrounds and nationalities, but also socio-economically and personality-wise. I always regarded this diversity as an expression of Martin's very humanistic vision and worldview.

There are many things that I admire in Martin - his curiosity about the world, his genuine interest in people, his generous heart, his incredible knowledge about the world and his unwavering optimism.

Thank you for reading my letter about Martin.

Kind regards

Ana MALHEIRO

# EXHIBIT A-25

Eric Martin                                          Honorable Robert S. Ballou

                                                     United States District Judge
                                                     Western District of Virginia

                                                     210 Franklin Road, SW
                                                     Suite 206
                                                     Roanoke, Virginia 24011-2208

Date: 02/16/2025

Subject: Mr. Martin Elling

Your Honor,

It was while living in my native Paris in 2007 that I met Martin Elling. I am indeed a French citizen who has been living in the USA since 2018. I left France to follow my American wife, who, after living in France for more than twenty years, wanted to return to her native country to be closer to her aging mother. Since then, Martin and I have spent many a visit to Paris or New York or more distant locales in each other's company.

If I write today, it is to describe two qualities of Martin, which have never failed him since I have known him, which do him honor and for which I believe he deserves credit. I am aware that Martin Elling has been charged with a crime in court. I am also aware that he pleaded guilty. And this is the first of the qualities I would like to highlight: his intellectual honesty.

If intellectual honesty is characterized, among other things, by being able to recognize one's mistakes, it has long been obvious that Martin has this capacity. But intellectual honesty also requires taking all the facts into account and not overlooking inconvenient facts. It requires listening to others with attention and respect. I have had the opportunity to see Martin put all this into practice on many occasions when we were debating historical, societal, philosophical or political subjects as varied as the reach of Martin's intellectual curiosity. From the European construction and its risks and benefits for European countries or the USA, to gender equality in France and the USA, the list is long. Each time, I appreciated the rigor of his reasoning, his ability to listen and consider information that he was unaware, even if it meant modifying his opinions, and always with respect and kindness towards others.

And this is the second of his qualities that I wanted to mention: Martin is a truly altruistic and generous person. I have seen him open his home to friends and family (and friends' family) for weeks or even months at a time. He has spent hundreds of hours of his time supporting charitable causes, like serving on the board of Nature Conservancy. He thinks of others and bears the cost when friends are in distress - paying for emergency transportation for an ill friend in the Caribbean, arranging medical care for a friend on vacation, picking up the bill for meals particularly when friends with modest means are invited, organizing a memorable concert or Broadway show (and, again, helping friends of modest means attend); and by those shared experiences encouraging his friends to form their own connections.

At a time when rational, respectful and benevolent discourse is fading, I prefer people like Martin, who sometimes make mistakes, but always acknowledge them, to those who often make mistakes and never admit them.

Eric Martin

# EXHIBIT A-26

Honourable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoake, Virginia 24011-2208


Dear Judge Ballou,

I am writing this letter to provide a character reference for Mr Martin Elling who I understand
has been convicted of criminal conduct.

I have had the pleasure of knowing Mr Elling for over 40 years in a personal capacity. We
met at the University of Vienna in the fall of 1984. I was an exchange student from the UK
and he was on exchange from the US. During the school year that we spent together Mr
Elling became a good friend. I was privileged also to meet his parents. After returning to
our respective countries and schools we stayed in touch. I retired last spring after a career
in the banking industry spanning over 35 years.

Despite living in different countries, Mr Elling and I have remained good friends. What sets
him apart is the consistent effort he expends to maintain meaningful connections with
those around him – emailing and phoning to stay in touch across continents and time
zones. He works to ensure that his friends and family feel valued and supported. He has
proved himself to be caring, honest and incredibly generous. He has been a good mentor
to my daughters, one of whom is now working in the Banking Industry and the other who is
in her final semester at school.

Mr Elling has always been incredibly generous, opening his home to visiting friends (even
when he himself is not at home) particularly those from outside of state/the country. His
visitors' book is large and full of expressions of appreciation from those who have spent
time in his home.

I have in summary been incredibly fortunate to have enjoyed a great personal friendship
with Mr Elling spanning over four decades.

Please do not hesitate to reach out if I can provide further information.

Sincerely


Sue Mezzanotte

# EXHIBIT A-27

From: Sylvie Rottman

March 4, 2025

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

**Re: character statement for Martin Elling**

Dear Judge Ballou:

I write the following character statement for Martin Elling with the awareness he has pled guilty to obstruction of justice.

I first met Martin Elling at Harvard Law School in the fall of 1990.

He was a JD student, head of the Harvard international law society. Under his aegis, the international law society was the most welcoming on-campus organization for so-called «international » students like me, who had joined the Harvard Master of Laws (LLM) program after having completed a legal curriculum outside of the US.

Martin and I didn't know each other so well back then, even though Martin invited me to a couple parties, and I participated actively in organizing a delegation trip to France, coordinating mostly with another member of the Harvard International Law Society.

Our decades long friendship found its true footing a few years after our graduation, in or around 1997.

At that time, I was living in France, which happens to be the country where I was born and grew up, even though I'm also a US citizen.

Martin reached out indicating he would be passing through Paris, and I invited him for tea. In the course of our discussion, I recounted a recent trip I had taken to a foreign country, and my discovery of a completely different culture and way of life. I remember there was a twinkle in his eye when I told him about my discoveries, and he in turn shared his passion for world travel.

Through that shared passion for discovering other peoples and cultures, we « clicked» in a way we had not before – and I understood we had what felt like a newfound friendship.

Our friendship endured over decades during which I moved from France to the US and back. France is where my mother was born from parents who were WWII refugees. I am also American by birth, but my American father died prematurely when I was a child. I grew up in France loving the United States and wanting to reunite with my father's side of the family. For my whole life, I went back and forth to maintain ties with my father's family in the US, and my mother in France. I found out later that Martin also had similar family obligations which had fostered back and forth travel and appreciation for very different cultures.

After my degree at the Harvard Law School, I taught and practiced law for about 9 years. I first worked as an associate for appellate law firms in Paris, and later joined an American business firm. I moved to that firm's New York office in 1998.

The grueling schedule of the practice took a toll on me, however, and I ultimately quit the practice of law in 2000, to become a journalist for a major US media organization in New York. For family reasons, I moved back to France in 2006, and joined a French news organization as a senior editor.

Throughout those years, Martin's loyalty as a friend has never failed.

When I moved to New York in 1998, Martin did not just welcome me in his circle of friends. He also helped me look for a place to stay, visited a number of apartments with me – and helped me pick the one I ultimately found. At that time, I already had misgivings about my legal career, and Martin helped me think through a potential career change. He also introduced me to contacts he thought might help me think through various options.

When I did quit my legal job, I needed a place to stay in New York City while looking for a cheap rental. Martin again could be counted on as he let me camp at his place for almost two weeks.

When I moved back to France in 2006, Martin stayed in close touch. Even though we have lived oceans apart for over 18 years now, he ensured we spend time together, and he has supported me through thick and thin.

Our friendship taught me important lessons about Martin.

1/ The first lesson is that despite the fact we frequented Harvard Law School at the same time as a future US president and his close friends, and rubbed elbows with people who reached top US government and business circles, Martin never forgot or abandoned his "regular" friends like myself.

I've seen other friends of mine lose touch after having gained big jobs, failing to reply to messages or check in when they were in town. I had to conclude those friends had become "too important" or busy to make time in their schedules for someone like me who could not directly advance their ambitions.  Even though Martin had a very successful career, he never turned his back on his old friends from "before" his success at the top of the corporate ladder.

3

His success did not turn him into a transactional person, solely in pursuit of professional ambition or wealth.

2/ To the contrary, Martin's support has never wavered, and he's always lent a generous ear whenever I am in distress or need a friend to talk to. Ever since I left New York and moved back to Paris, we have talked to each other by phone a lot. For the past few years, we've been having phone conversations several times per week. Martin has never shied away from trying to comfort me or providing reasonable insight when I have to deal with personal hardships or life stresses.

His support has been even more significant and generous in the past years, as my mother's health has been failing which has been causing me a lot of concern and distress, as I am one of her primary caregivers. Martin and I have been speaking almost every day in this period, and his generous ear has been a lifeline for me- as he has listened, empathized, and given his opinion whenever it could be helpful.

3/ Throughout the years, I've also known Martin to be generous with society and with a heightened desire to help the community. Over the years, I know he has made generous charitable contributions to causes he believed were important.

4/ Another lesson came through traveling with Martin in several foreign countries over the past 20 years. We were fortunate enough to travel together in a number of countries, sometimes for more than two weeks. Those trips were a way for us to spend time together, including with other friends.

Those trips taught me a lot about Martin's way of looking at the world.

As we're arriving in a country or driving through it, Martin will be looking at the buildings, constructions, people's activities and immediately he will observe if they live in solid dwellings or suffer from poverty. Then as he explained to me in our first trips, he's got a three -pronged test to detect if people are happy or not: 1/ do they smile? 2/ do they smile to each other or with each other? 3/ if a foreigner says hello with a smile, will they answer back and how?

In one of those countries, the tests were clearly all negative, and the people came across as stern and austere. As we left that country by land to enter a neighboring country, Martin noticed stark differences in the border post three yards into the new country. The place was less orderly, but the border guard was bopping to happy music over the radio, and he happily stamped our passports with a smile. Martin nudged me and pointed to the border guard: "do you see how happy he is? We're in a completely different world".

Martin relished witnessing people as they enjoyed moments of simple happiness, and he relished sharing those moments. Our countless hours sharing such moments together led me to believe other people's happiness genuinely mattered to him.

Seeing people with very different lives than our own, yet the ability to enjoy simple pleasures in life, also made him reflect on his work and what he hoped to achieve in his job. The goals were never about money or power but about helping make the world a better place.

5/ Martin's appreciation for people and curiosity about them also gave him boundless energy to make contact with locals. He always had extensive conversations with guides, drivers, innkeepers or anyone we met. After a day of sightseeing, Martin was never done and when others were ready to collapse and rest, Martin always wanted to go where the young people party, talk to the locals, try to understand their concerns and their dreams.

Often times, people's dreams involved a small business venture and Martin always relished trying to help those individuals identify beneficial strategies or opportunities, and he always tried to give helpful insight or ideas. In a pleasant and diplomatic way, he also made sure to let people know the ideas he supplied were not idle banter but serious advice that might be helpful as it came from a professional.

6/ Martin's observation of the world also led to frequent discussions about ways to improve people's lives. There was a time when Europe was debating restrictions on genetically modified crops, as many Europeans were deeply suspicious of potential harmful effects. As we would discuss those debates, Martin would always remind me that those crops ensured billions of people could be fed who would otherwise be starving. He believed in the power of science and innovation to improve people's lives.

7/ Another remarkable thing about Martin is how much he enjoys fostering human connections. His friends have found him so inspiring and such a role model, that I don't know anyone who has more godchildren. Two of Martin's godchildren are now young adults, I have met one of them recently and she's a loving and bright young lady. But there's a new baby and two toddlers who are more recent additions to his godchildren. Over the years he has discussed his godchildren with me, and I know despite his very busy life he has always found ways to spend time with them and to help them find their own path.

Martin also tries to create ties around him so that his friends will meet one another and get to enjoy each other's presence. Those are more ways in which Martin has been generous in the small ways that matter in people's lives.

Thank you for your consideration,

Yours truly,

Sylvie Rottman

# EXHIBIT A-28

To:

Honorable Robert S. Ballou

United States District Judge

Western District of Virginia

210 Franklin Road, SW

Suite 206

Roanoke, Virginia 24011-2208

Subject: Regarding Martin Elling – Personal Testimony

Honorable Judge Ballou,

I am writing this letter to share with you my experience of the person Martin Elling, who I understand has been convicted of criminal conduct.

My name is Harry Seip, I have worked at McKinsey & Company for over 17 years, most recently as a Partner leading our Digital and Analytics work in Bangkok, Thailand. I am currently the chairman of my own company providing consulting services in Amsterdam, The Netherlands. I hold an Engineering degree and an MBA. I am married to Nora and father of two lovely daughters. In my community I have been involved with advancing the role of women in Tech in Asia and Europe, as an organizer, speaker and mentor.

I have known Martin for six years and counting and was first introduced to Martin when he joined our Bangkok office. We quickly bonded over shared passions for Thailand, food and travel. We have worked together professionally for clients in Thailand, and we have become close friends. Until his departure I worked with Martin on a daily basis and we would meet socially on a weekly basis. I consider Martin one of my closest friends as also illustrated by the role of godfather to our two daughters. Because we moved top Europe last year our contact has moved more towards virtual facetime and we still have managed to see each other twice in person, one time when Martin was visiting us in Amsterdam and the second time when we visited him in Thailand for his 60th Birthday.

In describing Martin as I know him he is a person who is helpful, emphatic and generous with his time and advice. I will try to give some specific examples.

Martin has a strong connection and love for his adopted home Thailand. I have seen him exert a positive change in small acts such as helping his Thai language teacher get an affordable place in Bangkok or striking a friendship with local monks at a temple,

supporting their charitable initiatives as well as in a more organized context such as organizing successful charity drives as part of rotary club Bangkok, directly helping many families in need in the most poverty stricken areas of Bangkok and Thailand. Martin is a person who cares for his fellow human beings and dedicates his time and his connections to advance the wellbeing of at-risk communities.

Martin is also a warm and loving friend to our family. We have had countless dinners with him and my wife, Nora. When our daughters were born, Martin was one of the first people to visit us. Nora and I have asked him to be a godfather to our two daughters because we want him to convey his positive influence on our daughters and see him as an important part of our extended family. Martin has fulfilled this role with great care and dedication, taking an active role in their upbringing such as sending Thai/English books, so they stay connected to their Thai heritage (I am half Thai myself), sharing cultural milestones such as Thai New year and organizing regular check-ins via Facetime to keep updated on their development. I could not wish for a better person to fulfill this role than Martin.

What makes Martin a good person in my opinion is his day-to-day kindness that I have observed. Over the past six years, we travelled a lot in Thailand, spending days and weeks together on the road. Martin was always kind to people he met irrespective of their station in life. He is humble, has a listening ear for everyone and can leave a lasting impression in even a short time. I remember being at a hotel breakfast in Koh Samui and finding out we got a specially made fruit platter from the staff because Martin struck a conversation with them, and they liked "Khun Martin" (which roughly translates as "sir Martin") so much they wanted to provide a small gesture. Martin's humility and kindness are not just occasional gestures but an intrinsic part of who he is every day.

Having known Martin for years as a friend, colleague, and godfather to my children, I can say with certainty that he is a person who consistently acts with generosity and integrity. I hope this account of my experiences with Martin provides a more complete understanding of his character and the values he upholds in both his personal and professional life.

Sincerely,

Harry Seip,

Amsterdam 18 February 2025

# EXHIBIT A-29

February 10, 2025

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

**Subject: Letter on behalf of Martin Elling**

Dear Judge Ballou:

I recently retired from McKinsey & Company where I worked as a management consultant for 32 years. I served as our firm's Chief Financial Officer, was a longstanding member of our elected board, and led our efforts around social responsibility. Since my retirement, I focus on investing in and helping build small businesses in New York City.

I am writing this letter on behalf of Martin Elling who pled guilty in your court to one felony count of obstruction of justice - related to his deletion of documents in a federal investigation. I knew Martin throughout his entire career at McKinsey – where we worked together in client service and in support of various firm initiatives and programs. Over time, Martin and I also became friends outside of work and I got to see him interact with his family, friends, neighbors and broader communities.

Martin Elling has a big heart. He is there to emotionally support the children of his friends, to help his extended family financially and to give back to his causes. He has been an avid supporter of environmental protection in New York City and elsewhere. He is a staunch believer in our country and the principles upon which we are built. I have seen outsized acts of kindness to friends in need and small gestures to strangers. In Martin, there are countless stories of family reunions organized, well-intended philanthropic donations and friend groups kept together through his positive spirit.

I had the chance to see Martin at work at McKinsey. He cared passionately for the personal wellbeing of his clients. I recall the efforts he undertook to support an executive battling breast cancer – traveling on weekends to be there for her personally. He went many times to Austria to visit a retired client for whom he was a surrogate son. He was also the architect of our firm's commitment to learning – programs where we instill the values of leadership. Martin was instrumental in working with me as CFO to ensure these programs were funded.

Martin's commitment to people and community has not diminished in the last few years. He brings a smile to a room and a can-do attitude. Martin sees good in all and endeavors to do good for others. I ask that you take his character into account as you consider his sentencing.

Sincerely,

Michael Silber

# EXHIBIT A-30

**TO:** Honorable Robert S Ballou

United States District Judge

Western District of Virginia

201 Franklin Road, SW

Suite 206

Roanoke, Virginia 24011-2208

**FROM:** Kevin Sneader

Dear Judge Ballou,

I am writing this letter by way of character reference for Martin Elling who pleaded guilty to the felony charge of obstruction of justice and is awaiting sentencing.

I am currently an executive at a large global investment bank and previously served as the Global Managing Partner of McKinsey & Company where I worked from September 1989 until August 2021. It was during my employment at McKinsey where I held various leadership roles that I got to know Mr. Elling.

I first met Martin in 1996 when I was working in Hong Kong. Martin was visiting from New York for an assignment in Asia and came to a dinner being held at a local colleague's apartment. It was a rather unusual evening in that there was little food and even less furniture. We sat on the floor. That's not the stand out memory from that evening almost thirty years ago. Rather it's the remarkable experiences Martin shared of his travels across Asia punctuated by an immensely varied set of references to books and movies which he offered up as we swapped stories. This was my introduction to one of the most hospitable and widely read people that I have ever met.

I was reacquainted with Martin after moving from McKinsey's London office to its New Jersey location in July of 1999. Shortly after arriving in the US, the two of us started consulting at the same client. Right from the start

Martin went out of his way to help my wife and I integrate into McKinsey in the US and into his very large network of friends. His generosity in doing so was truly above and beyond what could reasonably have been expected as he introduced us to a host of people that he knew professionally and socially. Indeed, as I reflect on the 25+ years that I have known Martin it's his willingness to help colleagues and friends that immediately comes to mind.

That willingness to help also characterised what I saw first hand in the way Martin served clients around the world. I recall that one assignment saw us working together in Japan. Martin became the "go to" person for clients landing in Tokyo and wanting advice as to how best to be successful in Japan. Soon this status became true for large swathes of the world where Martin had travelled and built understanding. For local colleagues, Martin was a willing mentor. Not someone to stand on hierarchy, from the most junior new intern to a seasoned veteran, Martin would go out of his way to be helpful—just as he had been to me and my family when we arrived in New Jersey.

Martin was also known for his ability to bring a vast array of experiences to solving the most difficult problems. A uniquely well travelled individual who could recount the distinctive features of the numerous countries that he had visited, Martin was routinely able to draw on those diverse experiences to bring insights into how different cultures would see a variety of situations. This cultural understanding was especially important when serving multinational clients working across geographies with different social norms and expectations. It's one of the reasons why clients across industries and geographies would seek Martin's advice.

As I was given more senior responsibilities, it became natural to ask Martin to step into leadership roles that would make the most of his mentoring and teaching skills. This led to his taking on leadership of important global training and development programmes. The feedback on Martin's contributions was always positive. Simply put, Martin was seen as a truly valued coach to 100s of colleagues who benefited from his generosity of time even though there were many more financially rewarding ways in which he could have spent the countless hours to which he devoted himself to help others succeed.

And that's how I will always think of Martin: generous; knowledgeable; well travelled; insightful. Together they frame a character that attracted many followers over many years.

Thank you for considering the contents of this letter.


Yours sincerely,


Kevin Sneader

# EXHIBIT A-31

Susan Sorenson

February 10, 2025

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW, Suite 206
Roanoke, Virginia 24011-2208

Dear Judge Ballou,

I have known Martin E. Elling for over two decades, having first met him in 1998 at a dinner hosted by mutual friends. We became godparents to their two children, and over the years, I've come to know Martin as someone deeply committed to his family, friends, and community.

I am aware that Martin pleaded guilty to obstruction of justice in a federal investigation and is scheduled to be sentenced by Your Honor.

To give you some background on me: I've been a resident of Midtown Manhattan for four decades, born in Brooklyn and raised on Long Island. I am a college-educated legal secretary. I have been drug and alcohol-free for 21 years and remain an active member of the AA community. Outside of work, I enjoy the cultural energy of NYC, Latin dancing, tennis, biking, and traveling.

Martin is a person of great integrity, a man of his word who takes his commitments seriously. If he makes plans with you, you can count on him to be there—on time, and fully present. His loyalty extends to both his family and friends. I've often heard him share humble stories of how he's helped family members in need. Martin approaches these moments with a mix of joy and humility, always expressing gratitude for being able to support those he loves.

Over the years, Martin has become a mentor and guide to many, myself included. His wisdom is never overbearing or pushy; instead, he offers suggestions with gentleness and clarity. I've often turned to him for advice, both in personal matters and professionally. When I was struggling to compose a self-evaluation at work, Martin helped me identify my strengths, enabling me to present myself in the best light possible.

In addition to being a reliable friend and mentor, Martin has a natural ability to bring people together. His gift for making others feel seen and valued is unmatched. He listens with empathy, offers insightful advice, and fosters a warm, inclusive environment wherever he goes.

Martin's kindness extends far beyond ordinary friendship. When my mother was diagnosed with cancer, Martin was there to visit her in the hospital with me. When my father passed away, Martin attended his wake, despite just having returned from an international flight. He showed the same level of support when my mother passed, comforting me during one of the most difficult times of my life. These acts were a testament not only to his friendship but also to his caring and compassionate character.

Our friendship has flourished over the years, and we've shared many incredible experiences together — traveling to places in the US, Europe, Asia and a few Caribbean Islands. Through these trips, I've come to appreciate Martin's vast knowledge, big personality, and genuine curiosity about the world. His ability to connect with people from all walks of life has enriched my own perspective. I love Martin: his immense energy, kindness, generosity and how his power of example continues to make a positive impact on my life.

Thank you so much for taking the time to read this letter.

Sincerely,

Susan Sorenson

# EXHIBIT A-32

20 February 2025

Honorable Robert Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW (Suite 208)
Roanoke, Virginia 24011

Dear Judge Ballou,

I have known Mr. Martin since 2019 when he was transferred to Thailand. I have been his Thai teacher (we meet for lessons at least a couple times each week when he is in Thailand) since then. By way of background, I am a Thai national and studied here. I have a college degree in business and a Masters in languages from the top university in Thailand. I have taught business executives and others for more than 20 years working for different top language school.

I know he has plead guilty to a serious crime. But I need to tell you what I know of him as a student and friend.

He is a student who has high motivation to study. He is intelligent, diligent, enthusiastic and highly disciplined. Almost never canceling the class. He will cancel only when it is necessary for a change in work such as a sudden meeting or travel shift. If he cancels he is always polite about it and make sure the reschedule does not impact other students or me.

He has a way to learn the language that emphasizes the needs of communication first, such as greeting people, conversations with taxi drivers, or conversation with employees at work or in restaurants. He wants to really understand the lives of our normal people. His learning is full of fun and lively. The lessons are full of creativity. He has a very fast progress. He can learn quickly. Within three months, he was able to communicate with people involved in everyday life very well. He speaks to people at street markets or out and about to understand their lives.

What is special about him is that he is interested in depth in many stories such as Thai history, the way of life of people, ideas or views of Thai people, art, culture, education, health, politics, and Thai society. Studying in the next period began to be a discussion and comment on various issues as mentioned above causing him to increase the vocabulary more widely. Therefore his Thai language development progressed quickly.

What I am very impressed is that he always says that learning languages is not just the language. But it has to be deep in the way of thinking of the lives and culture of the people in that nation. For me, it is deep because there are not many students who really care about what is Thai culture or about the lives of normal people. To lean towards what is a way of thinking, culture like this makes me feel that he is really humble and respectful of our country.

1/4

ST

Thai language is not a universal language. There are only about 66 million people using this language out of 7 billion people in the world. Therefore, having foreigners who are interested in learning Thai seriously. That is a special matter for us.

Many times someone complimented him about his ability in his Thai language. But he will always be humble by giving a credit to me that I am a good teacher.

As we have the opportunity to discuss and express opinions in many matters, it is an opportunity for me to get to know his identity.

He is a person who is especially attentive to "people".
When I have the opportunity to meet with many people with him whether friends, colleagues, including the people he met for the first time at various places such as staff at the restaurant, merchants at various stores or taxi driver which as far as I can feel that everyone likes him very much. When any people have problems or need a consultation, they will always call or make an appointment with him to ask for advice. And he was always really happy to help those people, despite having a very busy job and life of his own.

In many times I was amazed and surprised. The person he just got to know for the first time, who just talked to him in a matter of minutes felt trusting of him. They like to talk about their own deeper issues such as family or work problems. In our culture it is not common to be so open to people we do not know for a very long time. But people know he cares and can offer good advice.

Many times of meeting people who he just know briefly. Those people invited him to eat with their families or even invite him to attend a family wedding. He knows a wide range of people from business, the arts, diplomacy, and everyday walks of life. They really like and love him.

With his care to the people, he will hold a lot of weight souvenirs every time he comes back from America to give me and others knows. He is not buying fancy items but things that will make someone happy. He will bring a brand of simple chocolate to a neighbor because he knows they like that specifically. Or he will bring vitamins that are hard to find here for a growing child. He find little things to put a smile on many many faces. He doe not show off but brings simple things. It is because that he really cares about everyone, so we are all really thankful from the heart.

He always asks about my health and family life, such as "How did you sleep last night?", "Did your mother get the influenza vaccine?", "How is your nephew doing at school? And he does the same for other people he knows. And if people are stressed he tries to help with ideas, advice, or in any way he can. For instance he knows someone fighting alcohol addiction He does not know them well but follows up to make sure they are getting better. He always follow up the results of situations.

2/4

ST

In addition to asking about various matters, he always warns and recommends me about health, such as "You should eat better food", "You should do some exercise" or "I found a good shoe shop so you can get shoes that do not hurt your feet." These things may seem like small things but it can be said that he is worried and concerned about others. Not just with me but with everyone around him. It is really rare to see people care like that about a person even if they are not a long time friend or family members.

Sometimes he helps in crazy ways. He learned that many Thais drown to death. Then he learned I could not swim. So for my birthday gift he gave me some "Swimming course" so I would not be afraid of or in danger of water. A couple times a Thai in his world has asked to borrow a sum of money for a family crisis. I usually warn him not to risk it but he usually goes ahead pointing out the person's need. He replies, "That family is in trouble. If the bit of money can really help them I am happy."

With normal people he meets (building staff, shop employees, more) he is always polite and treats them as equal. He gives consultation about the career path to many people including to some monks he knows. And he also tries to find little ways to help different people. He might bring a special herbal candy back from the mountains for someone's mother. Or he might give someone an extra ticket to enjoy a music concert. When he heard a friend's family needed a freezer for their new ice cream shop he emptied one he kept food in during Covid and donated it to help start their shop.

From his first arrival in Bangkok he wanted to understand about how education or healthcare works. He asks me and others about different causes so he can think about how best to make donations. I do not know how much he gives but I know he gives to local charity, such as providing scholarships to students, help for Myanmar refugees, and to help poor people. During Covid he asked me and others to help fill care packages for poor people hit very hard. He will always say that "Do not put my name in those donations envelopes We should be nice because we want to be nice not for credit."

He is a simple person and wants just see others smile or be happy, such as while walking along the street, he will be happy to see people smile, greet or talk friendly. Or to support friends he makes sure we go to their shop for coffee. He'll say "We have to support them."

Once I helped him organize a birthday gathering. He had different friends wanting to attend. Usually, on birthdays, people get excited to receive gifts. For some people that is what they care most about. But he told his friends, "Do not give me any gifts. Just make a donation to a non-profit helping people". And although he was exhausted he worked hard to make sure his friends learned about Thai culture, got to know each other as friends, and could relax. It was his birthday but he cared more about everyone else.

There are many examples that I did not write in here of how kind and caring he has been to many people. It would be a very long list. It is a great opportunity to help teach him Thai and Thai culture. But it is also a great opportunity that I got to know this man as a person. I have

3/4                                                                                                                    ST

learned many things from him. It opened the world of new ideas for me and helped me to have a better life. And he has made sure that many of his friends also become mine so we can support each other. He Is the guy who does "Good Million Little and Big Things" to Improve situations and people's life around him!

Dear Honor, I know this man has committed a crime. But, like everyone who gets to know him, I know he is caring and a good person. No matter what happens I know he will keep on helping other people whenever he can. He will help a lot of people over the years.

When everything is finished I want people who read this letter have the opportunity to make an appointment to talk to him for 1-2 hours. You will understand that what I mentioned above is not exaggerating. He is a really good person.

With deep respect, sincerely,

*Sarinpas Thaweekong*

Sarinpas Thaweekong

4/4

ST

# EXHIBIT A-33

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

Honorable Robert S. Ballou,

I am writing to you today to provide my perspective on Martin Elling, a friend of mine who has pleaded guilty to a serious crime. I have known Martin for over five years and have had the opportunity to observe his character firsthand.

I am 57 years old Swedish national living in Thailand. After high school, I served in the military and then worked at a company that manufactured hydraulic components. I later started my own computer consulting company and was hired by Umeå University as a consultant and IT support technician. Currently, I own a company based in Thailand that provides services to clients primarily in Thailand. Our company specializes in IT security, backup, and ransomware protection.

I first met Martin through the Rotary Club of Bangkok, where I am currently the chairman of the membership committee and will become the president in a few months. Martin is a very good and caring person. He is undoubtedly one of the kindest and most helpful individuals I know. Our Rotary club is nearly 100 years old and was the first in Thailand. It has many notable members, and Martin was very quick to make friends with many of them. He is respected and liked by both Thais and foreigners alike. He is respected by members much older than he and by those much younger. Everyone knows his caring personality.

Although he has pleaded guilty he still has very strong support from our Rotary members who know his character and how much he cares about others. He generously supports most of our charity initiatives and is one of our top donors. He actively participates in Rotary's efforts to eradicate polio globally. Locally, he supports initiatives that provide education to disadvantaged youth, clean up the environment through neighborhood action, and offer emergency relief after floods or other disasters. He doesn't just donate; he also gives of his time whenever possible. He joins delegations to an upcountry orphanage that we support, travels to a school in the rural mountains to hand over a drinking water purification system, or spends time with students at schools in different provinces. These are just a few recent examples.

A couple of years ago, we collaborated to organize the annual fundraising event. Despite his busy schedule, he enthusiastically joined me in finding talent for the 'show.' Interestingly, he managed to secure the donation of a renowned Thai singer. How did he know her and her husband? They had met for a few hours on a boat to one of the Thai islands. He is the kind of person who quickly earns people's trust and affection due to his genuine, caring, open, and easy-to-communicate nature. Martin cared that our event would not only raise substantial funds but also be memorable for people from diverse backgrounds and ages.

Within Rotary, he has been consistently chosen for several years in a row to be part of a small delegation that has an annual audience with the Royal Princess. This recognition reflects the high regard in which he is held for his engagement and compassionate nature.
Martin has an exceptionally diverse and robust circle of friends. In Thailand, he's acquainted with CEOs, but he also knows monks, film directors, musicians, community activists, and young entrepreneurs. What truly sets him apart is his generosity with connections. He genuinely wants his friends to become friends with his other friends. He frequently find different ways to bring friends together. He consistently pays for a table or two at our Rotary fundraisers and installation events and extends invitations to others. Martin actively seeks to connect people who can mutually benefit from each other's expertise. Unlike many who guard their relationships, he freely shares them with others.

In essence, Martin is a genuinely kind and caring individual who deeply cares about society and others. If you or a family member falls ill, he's the first to reach out. If he notices a staff member struggling, he offers a kind or encouraging word. And when there are those in need, he makes an effort to help.

Your honor, I must admit that I have a slight bias because we share Swedish heritage, but Martin is undoubtedly a powerful positive force and someone I consider a role model for others.

Regards,
Nicklas Ulander

# EXHIBIT A-34

Amsterdam, 18 February 2025

Honorable Robert S. Ballou

United States District Judge

Western District of Virginia

210 Franklin Road, SW

Suite 206

Roanoke, Virginia 24011-2208

Subject: Regarding Martin Elling – Personal Testimony

Honorable Judge Ballou,

I'm writing this letter on behalf of Martin Elling, a close friend and the godfather of my two daughters. I understand Martin has been convicted of criminal conduct and I'm therefore providing a statement about Martin's character that I hope will help you get a better understanding of the kind of person he is.

My name is Nora von Ingersleben-Seip. I hold an MBA and a PhD in Public Policy, and I currently work as a Research Fellow at a university in Amsterdam in the Netherlands. I've been married to Harry for 11 years and I'm the mother of two daughters. At the university, I mentor numerous PhD and Master's students to help them progress in their careers. I have also volunteered for many organizations, including a charity that helps youths with HIV in Southeast Asia and a social enterprise that support woman artisans in Rwanda.

I met Martin six years ago through my husband Harry, who at the time worked together with Martin at McKinsey & Company. From the first time we talked, I was impressed by how friendly, open, and genuinely interested in my opinions Martin was. That Martin spoke to me at length when we first met was far from expected because Senior Partners at McKinsey do not typically take time out of their busy schedules to get to know the spouses of their (junior) colleagues.

After that first meeting, Martin quickly became a close friend and an important part of Harry's and my life in Bangkok. In a city far away from home, Martin was an important source of knowledge and comfort for both of us. His door was always open, and we spent many an afternoon talking to Martin at his home or at a café about politics, our families, and the issues with which we were grappling in our personal and professional lives. He always listened patiently and carefully, and he always had thoughtful answers and advice for us.

1

What also stood out about Martin was his deep knowledge about Thai culture. Within a year or so of arriving in Bangkok, Martin had not only learned to speak conversational Thai but had also immersed himself in the history and culture of his new home country. Even though my husband is half Thai, Martin could still tell us things about Thailand that we didn't know. His love for the country and his people was infectious. When we took long walks around Bangkok with Martin (which we often did on the weekends) or traveled to other parts of Thailand together with him (which we did many times during the holidays), he would find a hidden temple, a small hole-in-the-wall restaurant, or a local cultural event that would allow us to get to know yet another facet of Thai culture. I very much enjoyed living in Thailand before I met Martin – but I truly fell in love with the country and its people only after I had the privilege to see them through Martin's eyes.

Martin deeply cares about helping disadvantaged communities in Thailand. He is part of a local chapter of the Rotary Club that engages in many charitable activities in different parts of the country. His commitment goes far beyond giving money. Martin is one of the most active members of the club and often travels to remote parts of Thailand with fellow Rotarians to meet with members of poor communities and help them in concrete and tangible ways, for example, by building schools. Additionally, when Martin celebrated his 60th birthday with friends in Bangkok, he didn't ask for gifts but instead encouraged his guests to donate to Thai charitable organizations. To make this process as easy and painless as possible, he put together a detailed booklet listing the histories, aims, and bank details of a whole host of charities. As a result, many of his friends from around the world donated to Thai charities. Without Martin's encouragement and leadership, these donations would never have been made.

Because Martin is such a compassionate, knowledgeable and inspiring person, my husband and I asked him to become the godfather to our daughters when they were born. Martin kindly agreed and has been an important and hugely positive influence in the lives of our daughters ever since. He never forgets to send them thoughtful gifts for their birthdays, Christmas, Easter, and even the Dutch holidays we celebrate now that we live in Amsterdam. Martin has been especially keen to make sure that our daughters learn more about Thailand, improve their Thai language skills, and celebrate their Thai heritage (since they are one quarter Thai). He goes to great length to find children's books that contain both a Thai and an English version of the same story, CDs with Thai children's songs, and toys that have a connection to Thailand (e.g., a Lego version of a Thai taxi or a cuddly toy that looks like Moo Deng, the famous pigmy hippo from Thonburi Zoo). Even though our daughters no longer see Martin on a regular basis since we've moved to the Netherlands, they call him "Uncle Martin" and always look forward to speaking to him on Zoom.

Let me finish by pointing out what an exceptionally generous person Martin is. Not only does he often open the doors of his home to invite old and new friends for a good meal, but he is also more than happy to make introductions to people in his extensive network across North America, Europe, and Asia. In addition, he generously shares his knowledge about business,

history, and politics during long conversations over tea or a shared meal. I know that I could call Martin in the middle of the night to ask for help and he would be there for me. That's the kind of friend and the kind of person he is.

Sincerely,

Nora von Ingersleben-Seip

# EXHIBIT A-35

J.S. Watson

Brussels, 27 February 2025

Honorable Robert S. Ballou,
United States District Judge,
Western District of Virginia,
210 Franklin Road, SW,
Suite 206,
Roanoke, Virginia 24011-2208

Dear Judge Ballou,

Being aware of the fact that my friend, Mr. Martin Elling, has pled guilty before your court for having committed the felony of the obstruction of justice by deleting electronic documents which were relevant to a federal investigation and, consequently, is due to be sentenced for that offence, I am happy to furnish a statement of character in order to assist the court in this matter.

In order to provide some context to the origin of what follows, I will first present myself.

Though born in Scotland (in 1956), I spent most of the first half of my life in The Netherlands following my parents' decision to move to that country for professional reasons. After having graduated in law at the Erasmus University in Rotterdam, I first worked as a university lecturer and then went on to fulfil several functions in the Netherlands' Administration. Next, I moved to Luxembourg to work as legal counsel, consecutively, to two members of the Court of Justice of the European Union. I finished my career in Brussels, Belgium, working as senior legal counsel in a European institution. I retired in January 2023 and still live in Brussels.

I first met Mr. Elling on a visit to New York City in 2005 through my wife, who had befriended him during her studies at Harvard University in the early 1990's. Though I did not see much of Mr. Elling in the immediate years after our first meeting, since 2009 our paths have crossed quite frequently (i.e. some three times annually), despite the fact that we live far apart. On those occasions we spend much time, often days, together during extended visits to each other's homes or on trips to various countries. We also have very regular contact through email or WhatsApp. Overall, my own personal relationship to Mr. Elling has evolved and intensified over the years, such that I can call him a true, valued and close friend in his own right and I therefore feel that I am in a position to testify to his character.

My first thoughts in characterising Martin Elling is that he is an extremely outgoing, inclusive and generous person with a great interest in others and other cultures. Outgoing, in that he is very socially engaged, always making contact with and befriending people wherever he goes. I have frequently witnessed him engaging with a great variety of people in different countries, always eager to learn of their stories, circumstances and experiences, evidencing his inherent and genuine interest in his fellow human beings of all stations.  A typical illustration of that is, after having reached his destination by taxi in Brussels, he spent an hour talking to the driver, who came from an African country, about the driver's life story.

Over the years, Mr. Elling has built up a large group of friends who stay faithful to him. Also, he makes a point of bringing these friends together, thus creating new friendships between them. This is evidenced by, for example, the large gatherings he hosts to celebrate milestone birthdays, when people he has met at all stages of his life participate in the programme he has meticulously put together. At these occasions, which typically involve some fifty odd persons, there is much interaction between all participants. But beyond these gatherings, friends from this large group meet amongst each other, often at Mr. Elling's initiative, whenever possible, as my wife and I have also done on various of our shared trips and visits. In other words, there is ongoing contact in different settings, thanks to him.

Having said that, his magnanimity is not limited to these gatherings, nor is it only material in character. He also shows his generosity by making his home available to friends, even when he is not present himself. He is, in other words, a most welcoming, humane and altruistic person, always willing to share whatever he can contribute whatever he can for the benefit of others.

On the theme of generosity, I have never discussed with him to what extent he contributes to charities, given that this is often a private matter. However, whenever it comes to him receiving gifts, rather than indicating certain items he would like for himself, he invariably asks his friends to donate to any of a number of charities he has selected in advance. This in itself suggests that he seeks and is aware of needs in society. Most recently, at his instigation, my wife and I made donations to two charities, which are aimed at dealing with the plight of underprivileged children in Thailand and with educational projects in that country. Not having confirmed with him before writing this note, but knowing him as I do, I have every reason to believe that he personally contributes to the projects he recommends to his friends.

In addition, when he moved to Bangkok, he joined the Rotary Club there, firstly to engage with local society (which again testifies to his outgoing personality mentioned above), but, also, through his membership to contribute to various projects in Thailand supported by the Rotary. I recall him describing these projects and his visits to the sites involved with great satisfaction.

On a more personal level, I would describe Martin Elling as a warm, caring, dedicated and faithful friend. He is always most considerate, helpful and involved, a man with a big heart, a heart more importantly in the right place.

I hope that these observations prove useful to the Court in reaching its decision in the matter at hand.


Yours sincerely,

J.S. Watson

# EXHIBIT A-36

21 February, 2025

To: The Honorable Robert S. Ballou

From: CAPT Bruce J. Weidner, SC, USN (Retired)

Subject: Statement of Character on behalf of Mr. Martin Elling

Judge Ballou,

Allow me to introduce myself, I am a retired Naval officer having served 30 years of my life for this nation. I am a veteran of both the Gulf and Iraq War, deploying in support of each of them as well as numerous other times during my career. Previously, I coached youth sports for AYSO, YMCA, The Boys and Girls Club, as well as local youth football. In retirement I still work on the waterfront near my last duty station, San Diego, CA. I also support a career fair at a local high school sharing with the students opportunities in the military, maritime industries, and businesses.

It has been my distinct pleasure to have known Mr. Elling for over 30 years. I was introduced to Martin by, his friend since middle school, my wife Lauren. I am fully aware Martin has plead guilty to criminal conduct.

In my countless interactions with Martin over these past decades I have always found him to be a caring, charitable, and honest person. He is an individual who is guided by empathy and fairness. A fantastic host and a truly benevolent person. Martin's kindness extends to our children as well. One occasion I recall, he shared with our son a large jar of coins. It was just pocket change from his travels abroad. Then he and my son sorted them with Martin identifying the country of origin and something about that country or the individual/symbol on the coin. What was merely a collection of pocket change to you and me became a doorway for my son to feel, see, and learn about the world. It was an enlightening event for me as the expression on my son's face glowed with wonder.

Knowing Martin has been a positive experience for my entire family. Throughout life friendships wax and wane, some disappear altogether, but my family's relationship with Martin has been steadfast and will continue be so because of the person he is. We hold onto those things we cherish most in life. Thank you for your consideration.

Very respectfully,

CAPT Bruce J. Weidner, SC, USN (Retired)

# EXHIBIT A-37

February 7, 2025

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, Virginia 24011-2208

    Re: Martin Elling

Your honor,

I am writing this letter to you as you consider the sentencing of Martin Elling. I am aware that Mr. Elling has pled guilty to obstruction of justice. I hope it will be of value to you to know why Martin has been one of my closest friends since we attended middle school together at Irving Robbins Junior High School in Farmington, CT.

I moved to Farmington with my family in 1978. Martin and I rode the school bus together until we both learned to drive. We were often in the same classes. At some point, we were simply close friends, and we have remained friends to this day. Martin is part of the reason I was inspired to travel the world at the age of twenty-one (which I pursued for the better part of two years), and also was part of my inspiration to attend law school.

I graduated from UC Law (then UC Hastings College of Law) in 1991, passed the California Bar in 1991, and have remained a member of the California Bar in good standing. I am admitted to the Northern, Eastern, and Southern Districts of California. I am the proud wife of 32 years to a retired US Navy Captain, and mother of two wonderful adult children (an engineer and a teacher). From 2000 through 2007, in addition to the full-time practice of law, I served on the City of Chula Vista Parks and Recreation Commission (a volunteer position), with one year as chair of the commission. I also volunteered as Ombudsman, US Navy LTFPAC HQ 120, Coronado, from January 2006 to November 2008. Since 2017, I have volunteered as a Court Appointed Special Advocate (CASA) to support children in foster care.

I do note that Martin retained me during the course of the investigation as an attorney to consult with him from time to time. The views expressed here are my personal views based solely upon my long-term friendship with Martin and are not based on anything I may have learned from Martin in a legal capacity.

As my friend, Martin is funny, smart, kind, generous with his time, and caring. But, Martin is so much more than that. He has made such a positive impact on the world in so many large and small ways. I admire him as more than just my friend, I admire him as a human being.

Martin has always been motivated to improve his community and make the world at large a better place. In retrospect, I believe that Martin's world view was greatly influenced by his mother, a polio survivor, who was born in Austria. She emigrated to the US after falling in love with an American GI and marrying him. She grew up with the aftermath of war in Europe and I suspect that her experiences motivate Martin to make a difference.

Even in high school, Martin not only showed many small kindnesses to the people around him, but he cared about improving his community and the world. He ran for student body president in our Senior year. He won based on his platform, as opposed to popularity. (We were the smart, "nerdy" kids in high school and would not have won any popularity contests.) During his tenure as student body president, he made improvements to the student run programs at the school and also organized an ambitious weekend conference for the student body. The conference focused on youth and leadership. He brought in international diplomatic representatives, government officials, including Senator Chris Dodd, university professors, and other community leaders to speak at the conference. He solicited donations to support the experience. He even convinced our local McDonald's franchise to provide lunch for all of the attendees. Undoubtedly, his efforts inspired many of the student body who attended the conference to pursue careers that ultimately contributed to the improvement of many communities.

Martin and I attended different universities for our undergraduate degrees, but we remained in touch. I am aware that he co-founded the first student run credit union at the University of Chicago, which I understand was successful and provided much needed banking services to University of Chicago students at a much lower cost than commercial banks.

In our adult years, while Martin did not have his own children, I have seen him be a very positive influence on the children of his friends, his nieces and nephews, and other young people who have crossed his path. He has provided advice to my children on questions of education and career choices. He is god-father to several of his friends' children. I have spent time with his now adult goddaughter. She is a lovely young woman who has a very close relationship with Martin. I believe that Martin contributed to her upbringing and world view in a positive way. I am aware that Martin spends time with her whenever he visits Europe. He regularly provides emotional support and counsel to all of his other godchildren.

Martin cares not only about the well-being of children in his orbit, but also the health, education, and well-being of children generally. Martin has been involved in fund raising for schools in rural Thailand and has also given generously to that cause. As I am a co-executor designated in Martin's will, we have generally discussed his end-of-life planning. I am aware that he intends his legacy to include funding of schools in Thailand. Martin has also told me that he has donated significant sums to environmental causes, including the Nature Conservancy.

Since he has moved to Thailand, Martin and I speak almost daily (barring work or travel interference), and we have seen each other for at least one visit (but often more) per year. I have visited him in Thailand on two occasions. I have also seen him at least annually in New York.

I have personally observed Martin interact with many people with who he comes into contact. He has always been friendly, generous, and kind to everyone. He is remembered by name by the staff of stores and restaurants in his Manhattan neighborhood, even though they may only see him a few times per year, as he now primarily resides in Thailand. In Thailand, he has friends from all walks of life including: a struggling furniture salesman, artists, antique experts, Buddhist monks, musicians, actors, business people, and even a former government official, to name just a few. He treats all of them with equal respect.

I truly believe that Martin has made a very positive impact on the world in many ways, and that he will make every effort to continue to do so.

Thank you for your time and consideration of my input.

Sincerely,

Lauren F. Weidner, Esq.

# EXHIBIT A-38

9 February 2025

Honorable Robert S. Ballou
United States District Judge
Western District of Virginia
210 Franklin Road, SW Suite 206
Roanoke, Virginia 24011-2208

Dear Judge Ballou,

Over my career I worked as Senior Manager for a large Bangkok exhibition and a
Thai government-related property company, and as Senior Vice President Finance for
a publicly traded company. After my retirement and being a Rotary Club of Bangkok
since 1997 to now, in 2019 I came to know Martin when he was transferred by
McKinsey to work in Thailand. I was president of Rotary Club of Bangkok, the
premier Rotary club in the country. I have been a member for 28 years and am still
on its board.

I could write many pages about Martin's unique and excellent character. He is quite a
special person.

First, he is an exemplary Rotarian. He is generous, ranking as one of our kindest
donors each year. He supports causes like schooling for indigent children, refugee
integration, and nursing student scholarships. He makes a significant contribution
each year to Rotary International's fund to eradicate polio. He supports food
donations in times of natural disaster or during the pandemic. These are just
examples. He also is generous with his time. When he is able, he joins for community
projects like tutoring children, handing over water purification systems in remote areas
of the country, or representing us with our sister clubs and their projects. He has
impressed our District Governors as well as the presidents of other clubs as a kind,
caring, and active Rotarian. For four years the presidents of our club have selected
Martin to be one of a handful of members to represent the club in an annual audience
with the Royal Princess of Thailand.

Martin is quite humble. His gifts are generally anonymous and he doesn't need to be
photographed 'doing good' like many members. For him knowing he has helped
someone is reward enough. He continues to work at learning the Thai language so he
can better understand the people he is trying to help. He has a longer term vision

to make a more significant contribution by establishing scholarship funds to assist provincial students make their way in life. But I also remember that after he read that many Thai children drown to death he began thinking of ways Rotary or he could help to teach swimming to underprivileged youth in the provinces.

His caring and attentiveness are quite distinctive. He likes to understand other people. It could be a rural school teacher, a clerk in a market, a community leader, or his fellow Rotarians. This caring and empathy have given him the ability to make real friends among our Thai and foreign members but also across generations. Some of our oldest member cherish him. And some of our youngest members seek him out for business mentoring or understanding of Thai culture.

I have had the pleasure of traveling with Martin in Thailand. He is eager to learn the local culture and ways of the people wherever we visit. He is respectfully of our local traditions and tries to understand them. But he is also very helpful to others on the trip. Sometimes we have older members along and he makes sure to chat with them showing interest in their lives. But he also helps them with their bags or to get them beverages so they don't have to get up. This kind of behavior is unusual for someone like Martin who has spent his life consulting to CEOs and has an excellent network among business leaders.

I enjoy speaking with him always because he is both fun and serious. One minute we can be discussing a Thai festival and its meaning. At another time we might be discussing how to improve education opportunities for everyone or reduce pollution in Bangkok.

In summary Martin is one of the kindest and most caring people I have had the pleasure of knowing. I know he has plead guilty to a serious crime. But he is a good person and I know he will use the years ahead to do more good in countless big and little ways.

Sincerely,

Pornchai Wessatada

# EXHIBIT A-39

Honorable Robert S. Ballou

United States District Judge

Western District of Virginia

210 Franklin Road, SW, Suite 206

Roanoke, Virginia 24011-2208

02 February 2025

Dear Judge Ballou,

I am writing to provide a character reference for my old friend, Martin Elling, who will be sentenced for a criminal conviction in April 2025.

I'm from the Chicago area and have lived in the UK for over 30 years with my husband who is German and now a retired university professor. We have two adult children. I am employed fulltime as a cabinetmaker in a small local business where I have worked for almost 20 years. For many years I was a managing trustee and/or congregational chair at my local Unitarian Meeting House.

Martin and I have been friends since we met our first week as undergraduates at the University of Chicago in 1982. After our first year in the dorm we were flatmates in our 2nd and 4th years, but not in our 3rd year when we each spent part of the year studying away or doing something else. During that time we had a load of fun, learned and grew as people; of course as for many this was a formative time in our lives. Martin had wide ranging academic and political interests and above all a genuine and vocal concern for the welfare of people and in particular their happiness and wellbeing; we broadly shared political and social priorities but loved to discuss and argue sometimes late into the night and next morning theoretical issues from classes and current events. Martin was always an agile and confident debater who made an impact on others, and I always thought—and still do—that with his values, abilities and people-centred outlook he would make an important and lasting positive contribution to the world.

Martin is unusually generous to friends with his time, attention, and energy. I've truly encountered no one else like him.

In our first year we were in the fencing club together, then our friendship group led by Martin and another guy decided to create a student federal credit union to provide badly needed services, as we'd had enough of the overpriced and inconvenient offer from the sole area bank which was some distance away from campus. Martin was a real force planning, getting accreditation and bringing the credit union to life, including getting support from the College and securing premises, then helping to manage the day to day running of the credit union, with a grace and good humour that motivated and unified the volunteer student staff. The student credit union improved our experience on campus enormously, and also showed us how collaboration for mutual benefit can be a real force to create community and lift it. We could also see that our university

1

neighbourhood was an island inside a vast Southside ghetto whose people also lacked services and opportunities; this moved Martin. Through a student organisation I was tutoring a local single mother towards taking her GED exam; many times she had to phone the flat to reschedule that afternoon's meeting because of sudden childcare issues; Martin would take the call at our flat then astonish me by tracking me down on campus by phone—calling my BA paper professor during a tutorial, the reference librarian, or the stacks supervisor where I was shelving books—to get the message to me. He was very considerate, noticed details and knew they matter to people's lives, and was great at enlisting people in unexpected ways to help out for a positive result.

I have followed with great pleasure Martin's devotion to world travel and interest in the local people he encounters. He used to circulate to friends regular emails filled with his many photos from his trips, and his delight in places, buildings, arts and events shone through. Always there were wonderful photos of local people doing interesting or prosaic things, and they were without exception smiling at Martin, really beaming. I worried that he might come to harm having to see everything everywhere, but he avoided harm in the main, and I reckon his ability to connect with people served him well there.

I remember Martin travelling to Florida for the 2008 Presidential election with a group of trained legal professionals to observe polling places in order to protect the rights and practice of citizens there to vote despite deliberate barriers put in place. He spoke movingly of the spirit and resilience of the people he saw experiencing these difficulties, as much out of care for them as people as for the vital integrity of the election process.

Martin enjoys being a dynamic fulcrum of a large number of wonderful friends across the world. He has a legendary annual Christmas party at his home in New York. I haven't been, but I hear from the others that it is wonderful and has retro, 'It's a Wonderful Life' energy. The first year of pandemic lockdown he organised a Zoom Christmas party which I attended, and it was absolutely delightful, full of fun games and activities, and that quintessential Martin vibe that brings everyone together feeling happy and cared for. He loves it when his friends meet and get on together, and understood its impact during the time of Covid.

I hope I have given you an idea of Martin's character. In general he is an immensely positive force in the world, which would be better if there were more people like him.

Please let me know if I can provide any additional information.

Sincerely yours

Lori Winters

Lori Winters